Joshua Baker
jbaker@rosenlegal.com

August 26, 2022

**VIA ECF**

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, NY 10007

Re:    *In re Riskified Ltd. Securities Litigation*
          Case No. 1:22-cv-03545-DLC

Dear Judge Cote:

I represent Lead Plaintiff Craig Black in the above-referenced putative securities class action. I write jointly with the undersigned counsel for Defendants to request that the Court extend the deadlines for filing an amended complaint and Defendants' response(s) thereto. The parties have not made any previous requests for an extension of these deadlines.

On August 17, 2022, the Court entered an Order appointing Mr. Black as Lead Plaintiff and appointing The Rosen Law Firm, P.A. as Lead Counsel. Dkt. No. 45. In the same Order, the Court also set a deadline for Lead Plaintiff to file his amended complaint, along with deadlines for Defendants' response(s) thereto and subsequent briefing. The parties request a 2-week extension of the deadline for Lead Plaintiff to file his amended complaint, and a commensurate 2-week extension of the time for Defendants to answer or move to dismiss the amended complaint, with subsequent deadlines adjusted accordingly. The original dates and proposed new dates are reflected in the following chart and in the attached proposed Revised Scheduling Order:

| Event/Deadline | Original Date | Proposed New Date |
|---|---|---|
| Lead Plaintiff's amended complaint | September 1, 2022 | September 15, 2022 |
| Defendants' answer(s) or motion(s) to dismiss | September 30, 2022 | October 28, 2022 |
| Lead Plaintiff's letter re: further amendment | October 14, 2022 | November 14, 2022[1] |
| Lead Plaintiff's further-amended complaint or opposition to motion to dismiss | October 28, 2022 | November 28, 2022 |
| Defendants' reply to opposition to motion to dismiss | November 14, 2022 | December 15, 2022 |

---

[1] November 11, 2022 is Veteran's Day, a Court holiday.

*Granted. There shall be no extension of the 9/15/22 deadline.*
*Denise Cote*
*8/26/22*

1

Mr. Black's amended complaint will be his and his counsel's first opportunity to file their own complaint in this action. The current operative complaint was filed by a different individual represented by different counsel. *See* Dkt. No. 1. Lead Counsel are conducting an independent investigation into the allegations and factual circumstances of the original complaint, which Mr. Black and Lead Counsel believe they can strengthen and expand upon via completion of their investigation. The requested extension will allow Lead Plaintiff and Lead Counsel sufficient time to conduct their investigation and incorporate their findings into an amended complaint.

I thank the Court for its prompt attention to this matter.

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/Joshua Baker*
Laurence M. Rosen
Phillip Kim
Joshua Baker
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
        pkim@rosenlegal.com
        jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/Daniel S. Sinnreich*
Daniel S. Sinnreich
Audra J. Soloway
1285 Avenue of the Americas
New York, NY 10019
Telephone: 212-373-3000
Fax: 212-757-3990
Email: dsinnreich@paulweiss.com
        asoloway@paulweiss.com

*Counsel for Defendants Riskified Ltd., Eido Gal, Assaf Feldman, Aglika Dotcheva, Jennifer Ceran, Eyal Kishon, Aaron Mankovski, Erez Shachar, and Tanzeen Syed*

**SIMPSON THACHER & BARTLETT LLP**

By: */s/Craig S. Waldman*
Jonathan K. Youngwood
Craig S. Waldman
425 Lexington Avenue
New York, NY 10017
Telephone: 212-455-2000
Fax: 212-455-2502
Email: jyoungwood@stblaw.com
        cwaldman@stblaw.com

*Counsel for Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Credit*

2

*Suisse Securities (USA) LLC, Barclays Capital Inc., KeyBanc Capital Markets Inc., Piper Sandler & Co., Truist Securities, Inc., William Blair & Company, L.L.C., Loop Capital Markets LLC, Samuel A. Ramirez & Company, Inc., Siebert Williams Shank & Co., LLC and Stern Brothers & Co.*

cc:    All counsel of record (via ECF)

Encl.