UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————— x

IN RE RISKIFIED LTD. SEC. LITIG.           :     Civil Action No. 1:22-cv-03545-DLC

This Document Relates To:                  :     CLASS ACTION

ALL ACTIONS.                               :

—————————————————————————— :

                                           x

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)

*So ordered.*

*[signature]*
9/22/22

Case 1:22-cv-03545-DLC   Document 66   Filed 09/21/22   Page 2 of 4

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Philip G. Thomas hereby voluntarily dismisses his claims without prejudice to his ability to participate in this action as an absent class member. Mr. Thomas' counsel is also concurrently filing a withdrawal of appearance in this action. The class's interests will continue to be represented by Court-appointed Lead Counsel.

DATED: September 21, 2022          Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN


_s/ Samuel H. Rudman_
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

Counsel for Plaintiff Philip G. Thomas