**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE RISKIFIED LTD. SECURITIES LITIGATION | Case No. 1:22-cv-03545-DLC |

**DECLARATION OF DANIEL SINNREICH
IN SUPPORT OF  DEFENDANTS' MOTION TO DISMISS
THE FIRST AMENDED CLASS ACTION COMPLAINT**

DANIEL SINNREICH declares the following, pursuant to 28 U.S.C. § 1746:

1.      I am counsel with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, and represent defendants Riskified Ltd. ("Riskified"), Eido Gal, Assaf Feldman, Aglika Dotcheva, Erez Shachar, Eyal Kishon, Aaron Mankovski, Tanzeen Syed, and Jennifer Ceran (collectively, "Defendants") in the above-captioned action.  I submit this declaration in support of Defendants' Motion to Dismiss the First Amended Class Action Complaint (the "Complaint").

2.      For the convenience of the Court, I submit this declaration to attach various records referred to in the Complaint, as well as two demonstrative aids.

**Demonstratives**

3.      Attached hereto as Exhibit 1 is a chart setting forth Riskified's disclosed revenue, cost of revenue, gross profit, and gross profit margin on a quarterly basis from the first fiscal quarter of 2019 through the second fiscal quarter of 2022, and on an annual basis for fiscal year 2019 through fiscal 2021.  This information is derived from the registration statement (the "Registration Statement") from Riskified's initial public offering ("IPO"), which is cited throughout the Complaint (*see* Ex. 3, *infra*), as well as public filings with the Securities and

Exchange Commission (the "SEC") from fiscal quarters following the IPO.  The sources for this information are indicated in footnotes in Exhibit 1.

4.    Attached hereto as Exhibit 2 is a chart setting forth, by category, the statements from the IPO Registration Statement that the Complaint alleges were "misleading."  (¶¶ 123–38.)

**Excerpts from Riskified's IPO Registration Statement**

5.    Attached hereto as Exhibit 3 are excerpts from Riskified's IPO Registration Statement, filed with the SEC on Form F-1 and declared effective, as amended, on July 28, 2021. Exhibit 3 includes excerpts from the final prospectus for Riskified's IPO, filed with the SEC on Form 424B4 on July 30, 2021, which Plaintiffs allege was "incorporated into and formed part of the Registration Statement." (¶ 2.)  The Registration Statement is cited throughout the Complaint, including at ¶¶ 2, 65, 73–75, 77, 112, 119–23, 125, 127, 129, 131, 133, 135, and 137.  Exhibit 3 has been excepted due to length; Defendants will provide a complete copy of the exhibit at the Court's request.

**Riskified's Earnings Disclosures and Investor Call Transcripts**

6.    Attached hereto as Exhibit 4 is a transcript of Riskified's Second Quarter 2021 Earnings Call, held on September 9, 2021.  This transcript is cited in the Complaint at ¶¶ 16, 146–48.

7.    Attached hereto as Exhibit 5 is Riskified's Form 6-K attaching a press release titled "Riskified Reports Strong Q2 Revenue Growth of 47% on Heels of NYSE Debut" regarding results for the fiscal quarterly period ended June 30, 2021, filed with the SEC on September 9, 2021.  This document is cited in the Complaint at ¶¶ 16, 146.

8.    Attached hereto as Exhibit 6 is Riskified's Form 6-K attaching a press release titled "Riskified Reports Strong Year-over-Year Revenue Increase of 26% in Third Quarter" regarding

results for the fiscal quarterly period ended September 30, 2021, filed with the SEC on November 16, 2021. This document is cited in the Complaint at ¶¶ 17, 153.

9.    Attached hereto as Exhibit 7 is a transcript of Riskified's Third Quarter 2021 Earnings Call, held on November 16, 2021. This transcript is cited in the Complaint at ¶¶ 154–57.

**Analyst Reports**

10.    Attached hereto as Exhibit 8 is a Credit Suisse analyst report titled "Riskified Ltd. Q3 2021 Recap," dated November 16, 2021. This document is cited in the Complaint at ¶ 159.

11.    Attached hereto as Exhibit 9 is a Barclays analyst report titled "Riskified Ltd. Macro and PSD2 Headwinds Weigh on Q3," dated November 16, 2021. This document is cited in the Complaint at ¶ 162.

12.    Attached hereto as Exhibit 10 is a Piper Sandler analyst report titled "Riskified Ltd. (RSKD) Lowering to Neutral; Supply Chain and PSD2 Disruptions Could Persist Until 2H22," dated November 16, 2021. This document is cited in the Complaint at ¶ 161.

13.    Attached hereto as Exhibit 11 is a William Blair analyst report titled "Riskified Ltd. Mixed Quarter, Reducing 2022 Revenue Growth Primarily on Supply Chain, but Also PSD2; Opportunity Remains Large," dated November 16, 2021. This document is cited in the Complaint at ¶ 160.

14.    Attached hereto as Exhibit 12 is a Credit Suisse analyst report titled "Riskified Ltd. Q4 2021 Recap," dated February 23, 2022. This document is cited in the Complaint at ¶ 171.

15.    Attached hereto as Exhibit 13 is a Piper Sandler analyst report titled "Riskified Ltd. (RSKD) PSD2 Headwinds Overshadow New Customer Traction; Growth to Trough in 2Q22," dated February 23, 2022. This document is cited in the Complaint at ¶ 173.

16.     Attached hereto as Exhibit 14 is a Truist Securities analyst report titled "Riskified Ltd. (RSKD) Reports 4Q21; Muted E-Commerce Trends/Higher Investments Contribute to Challenged 2022 Guide," dated February 23, 2022.  This document is cited in the Complaint at ¶ 174.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 28, 2022.


/s/ Daniel Sinnreich
Daniel Sinnreich

4