# EXHIBIT 1

Riskified Ltd. Summary of Disclosed Financials

| | Q1 2019[1] | Q2 2019[1] | Q3 2019[1] | Q4 2019[1] | Q1 2020[1] | Q2 2020[1] | Q3 2020[1] | Q4 2020[1] | Q1 2021[1] | Q2 2021[2] | Q3 2021[3] | Q4 2021[4] | Q1 2022[5] | Q2 2022[6] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $30,546 | $30,862 | $30,189 | $38,958 | $33,189 | $37,807 | $41,695 | $57,049 | $51,083 | $55,692 | $52,533 | $69,833 | $58,845 | $59,932 |
| Cost of Revenue | $13,038 | $15,996 | $16,550 | $19,283 | $15,725 | $17,670 | $19,665 | $23,856 | $22,455 | $22,390 | $28,250 | $33,075 | $28,477 | $29,326 |
| Gross Profit | $17,508 | $14,866 | $13,639 | $19,675 | $17,464 | $20,137 | $22,030 | $33,193 | $28,628 | $33,302 | $24,283 | $36,758 | $30,368 | $30,606 |
| Gross Profit Margin | 57% | 48% | 45% | 50% | 53% | 53% | 53% | 58% | 56% | 60% | 46% | 53% | 52% | 51% |

| | FY 2019[7] | FY 2020[7] | FY 2021[8] |
|---|---|---|---|
| Revenue | $130,555 | $169,740 | $229,141 |
| Cost of Revenue | $64,867 | $76,916 | $106,170 |
| Gross Profit | $65,688 | $92,824 | $122,971 |
| Gross Profit Margin | 50% | 55% | 54% |

Sources:

(1) Riskified Ltd., Form F-1 (July 28, 2021) at 101 (attached as Ex. 3 to the Sinnreich Declaration filed hereto).

(2) Riskified Ltd., Form 6-K, Ex. 99.1 (Sept. 9, 2021) at 6 (attached as Ex. 5 to the Sinnreich Declaration filed hereto).

(3) Riskified Ltd., Form 6-K, Ex. 99.1 (Nov. 16, 2021) at 6 (attached as Ex. 6 to the Sinnreich Declaration filed hereto).

(4) Riskified Ltd., Form 6-K, Ex. 99.1 (Feb. 23, 2022) at 2, 7 (available at https://www.sec.gov/Archives/edgar/data/1851112/000185111222000003/exhibit991-q42021.htm).

(5) Riskified Ltd., Form 6-K, Ex. 99.1 (May 17, 2022) at 1, 6 (available at https://www.sec.gov/Archives/edgar/data/1851112/000185111222000008/exhibit991-q12022.htm).

(6) Riskified Ltd., Form 6-K, Ex. 99.1 (Aug. 10, 2022) at 2, 6 (available at https://www.sec.gov/Archives/edgar/data/1851112/000185111222000021/exhibit991-q22022.htm).

(7) Riskified Ltd., Form F-1 (July 28, 2021) at 90 (attached as Ex. 3 to the Sinnreich Declaration filed hereto).

(8) Riskified Ltd., Form 20-F (Feb. 25, 2022) at 62, F-4 (available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001851112/000185111222000006/rskd-20211231.htm).