# EXHIBIT 2

**Challenged Statements from Registration Statement**

| STATEMENTS REGARDING MANAGEMENT OF CHARGEBACK EXPOSURE | | |
|---|---|---|
| Statement[1] | Complaint | Opinion/Projection |
| **"We have established strict processes that allow us to manage our overall chargeback exposure and control realized chargeback expenses within predetermined budget levels. In addition, we constantly adjust our merchants' approval and chargeback rates to rebalance our exposure and our expected expenses during any given period."** | ¶ 123 | ☐ |
| **"Using our proprietary eCommerce risk management platform, data assets, and scaled merchant network, we are able to control the chargeback expense we incur** and have been able to reduce chargebacks as a percentage of our Billings from 42% in 2019 to 37% in 2020 which has helped drive gross profit margin expansion. Chargebacks as a percentage of our Billings decreased from 45% for the three months ended March 31, 2020 to 37% for the three months ended March 31, 2021." | ¶ 123 | ☐ |
| "Our models are trained on a large and diverse population of historical chargeback transactions accumulated since our founding. Combined with the short-term duration of our chargeback portfolio, the dynamic feedback loops in our business model ensure our training sets are constantly updated, thereby increasing the accuracy of our eCommerce risk management platform. We supplement our models with offline tools that quickly detect different types of anomalies and gaps in our models. We also adjust our approval rates in real time as we detect riskier order populations. Finally, **chargeback expenses become less volatile over time as we scale**. As of March 31, 2021, our portfolio of potential chargeback liabilities was diversified across a number of industries, hundreds of merchants and millions of individual transactions." | ¶ 127 | ☒ |

---

[1] Language in bold is alleged to be misleading in the Complaint. Additional language surrounding the bolded text is provided for context.

| STATEMENTS REGARDING MANAGEMENT OF CHARGEBACK EXPOSURE | | |
|---|---|---|
| Statement[1] | Complaint | Opinion/Projection |
| "Significant fraud events, while rare, are typically isolated to a particular merchant or industry. As a result, our chargeback expenses have become less volatile over time as we scaled. Furthermore, the average transaction value we assume is less than $200. This means that unexpected chargebacks need to occur in large volumes to meaningfully impact our overall chargeback expenses. As of December 31, 2020, our portfolio of potential chargeback liabilities was diversified across a number of industries, hundreds of merchants and millions of individual transactions. **We believe this diversity significantly reduces the likelihood of material unexpected chargeback expenses**." | ¶ 129 | ☒ |
| "Our gross profit margin is highly dependent on our risk-based pricing model which determines the fee we charge our merchants, our approval rate thresholds, the merchant mix of our revenue, and new geographies and industries into which we may enter. **We control the decision to approve a particular transaction and continuously monitor our approval rate thresholds to ensure we are not exposed to higher amounts of chargeback risk, and we structure our pricing in a way to mitigate this risk.**" | ¶ 133 | ☐ |

| STATEMENTS REGARDING FLUCTUATIONS IN CTB RATIO & GROSS PROFIT MARGIN | | |
|---|---|---|
| Statement[2] | Complaint | Opinion/Projection |
| "We use the CTB Ratio to evaluate the performance of our business operations and the effectiveness of our model. **Our CTB Ratio may fluctuate in future periods due to a number of factors, including changes in the mix of our merchant industry base, the risk profile of orders approved in the period, and technological improvements in the performance of our models.**" | ¶ 125 | ☒ |
| **"As our business continues to grow, we expect our gross profit will increase in absolute dollars while our gross profit margin may fluctuate from period to period. "** | ¶ 131 | ☒ |

---

[2]    Language in bold is alleged to be misleading in the Complaint.  Additional language surrounding the bolded text is provided for context.

| STATEMENTS REGARDING THE IMPACT OF COVID-19 | | |
|---|---|---|
| Statement[3] | Complaint | Opinion/Projection |
| "Although, to date, the accelerated migration towards eCommerce as a result of the COVID-19 pandemic has had a generally positive impact on our growth and business**, there are certain sectors, including travel and ticketing, from which we have historically derived significant revenues, that continue to be negatively impacted by COVID-19 related measures and restrictions.** Further, increased levels of eCommerce have been accompanied by more sophisticated fraud organizations and schemes, which may be more difficult for our products to detect. **There continues to be significant uncertainty regarding** future developments and whether the increased eCommerce adoption resulting from the COVID-19 pandemic will be maintained or continue to increase following easing of restrictions, and **the timeframe for recovery of negatively affected sectors, in particular travel and ticketing**." | ¶ 135 | ☒ |
| "While we cannot estimate the duration or scope of the crisis, or the potential effect it may have on our operations, we anticipate that our business will be positively affected by the lasting impact of COVID-19 on physical stores and consumer preferences and the resulting increase in eCommerce sales. **Volatility in global travel and events reopening may lead to fluctuations in revenue from merchants in these industries in the near-term, but we believe we are well-positioned to continue to benefit from the macroeconomic shift to eCommerce that COVID-19 has accelerated.**" | ¶ 137 | ☒ |

---

[3]    Language in bold is alleged to be misleading in the Complaint.  Additional language surrounding the bolded text is provided for context.