# EXHIBIT 10

# PIPER | SANDLER

COMPANY NOTE
November 16, 2021

## Riskified Ltd. (RSKD) — Neutral

### Lowering to Neutral; Supply Chain and PSD2 Disruptions Could Persist Until 2H22

## CONCLUSION

We are lowering our rating on RSKD to Neutral from Overweight based on new supply chain disruption risks, a rising chargeback expense ratio, and the previously disclosed PSD2 headwinds that in aggregate could depress growth for the next three quarters. We are lowering 2022 estimates assuming that 1H22 revenue growth could drop below 10% before recovering in 2H22. Additionally, the mix shift in ticketing and travel this quarter resulted in the highest chargeback expense ratio in two years. Ticketing and travel mix could remain a drag on the gross margin as well. While we remain bullish on promising LT growth prospects for RSKD and acknowledge that the 23% sell-off today partially factors in rising execution risks, we would need to see a bottoming of growth, margins, and operating losses before recommending that small-cap investors add to positions.

- **Reports slight Q3 upside, but flags supply chain disruption threat.** Revenue increased 26% y/y (vs. 47% in the prior quarter) to $52.5M, representing a $1.5M beat to Street estimates. GMV growth decelerated to 28% (vs. 55% in the prior quarter), coming in at $20.9B vs. Street estimates of $19.5B. The deceleration in both revenue and GMV growth during the quarter was reflective of the impact of PSD2, alongside a challenged eCommerce environment amid global supply chain issues. Non-GAAP gross margin of 46.4% exceeded our estimate of 45.4%. Adjusted EBITDA came in at -$13.8M on various growth investments and the impact of global hiring initiatives.

- **Expanding reach and new customers could temper PSD2 impacts.** Riskified continued to expand its global presence during the quarter. The number of countries in which the company processed >$100M TTM GMV rose to 25 from 20 last quarter. Notably, management highlighted a new master agreement with LVMH that reduced friction onboarding Louis Vuitton and potentially other LVMH brands.

- **Chargeback expense ratio rises to two-year high on travel and ticketing.** The estimated chargeback expense ratio rose to 44.6% during Q3 (vs. 39% one year ago) and was the highest in two years, impacted by an anticipated seasonal mix shift to travel and ticketing. That said, the continuation of a return to travel and reopening activities could remain a temporary drag on the gross margin into 1H22.

- **Lowering to Neutral with overhang likely to persist until 2H22.** While the stock reaction today -23% may prove to be overdone, we think it is prudent to lower estimates to better reflect increasing execution risks entering 2022 given supply chain disruption uncertainty, increasing travel and ticketing mix, and rising chargeback expense ratio. We are lowering our rating to Neutral until we see stabilization in growth rates that could fall below 10% in 1H22.

## RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Data breach, competition, regulatory changes, rapidly changing fraud patterns, turnover.

## COMPANY DESCRIPTION

Machine learning platform processing eCommerce risk across $80B+ GMV.

**PRICE: US$13.56**
Intraday price as of 11/16/21

**TARGET: US$17.00**
30x CY26E EV/FCF, discounted back 3.5 years by 12%. This equates to an implied 18x EV/GP and 9x EV/Sales multiple on CY23E estimates (with $449M in net cash and 191M shares).

**Brent A. Bracelin**
Sr. Research Analyst, Piper Sandler & Co.
503 275-8316, brent.bracelin@psc.com

**Clarke Jeffries**
Research Analyst, Piper Sandler & Co.
503 275-8318, clarke.jeffries@psc.com

**Hannah Rudoff**
Research Analyst, Piper Sandler & Co.
503 275-8313, hannah.rudoff@psc.com

**Mauro Molina**
Research Analyst, Piper Sandler & Co.
503 275-8330, mauro.molina@psc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | Overweight | Neutral |
| Price Tgt | US$32.00 | US$17.00 |
| FY21E Rev (mil) | US$224.8 | US$226.6 |
| FY22E Rev (mil) | US$267.6 | US$252.8 |
| FY21E EPS | US$(1.51) | US$(0.33) |
| FY22E EPS | US$(0.45) | US$(0.39) |

| | |
|---|---|
| 52-Week High / Low | US$40.48 / US$17.44 |
| Shares Out (mil) | 185.5 |
| Market Cap. (mil) | US$2,514.7 |
| Avg Daily Vol (000) | 715 |
| Div Yield | 0.00% |
| Fiscal Year End | Dec |

**Price Performance - 1 Year**



*Source: Bloomberg*

| YEAR | REVENUE (US$ m) | | | | | | EARNINGS PER SHARE (US$) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | FY | FY RM | Mar | Jun | Sep | Dec | FY | FY P/E |
| 2020A | 33.2 | 37.8 | 41.7 | 57.0 | 169.7 | 14.8x | 0.15 | NA | NA | NA | 0.34 | 39.6x |
| 2021E | 51.1A | 55.7A | 52.5A | 67.3 | 226.6 | 11.1x | (0.11)A | 0.06A | (0.09)A | (0.09) | (0.33) | NM |
| 2022E | 55.3 | 59.8 | 60.0 | 77.8 | 252.8 | 9.9x | (0.10) | (0.10) | (0.12) | (0.07) | (0.39) | NM |

Piper Sandler does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst Certification, found on pages 7 - 8 of this report or at the following site: http://www.pipersandler.com/researchdisclosures.

**PIPER | SANDLER**

**Valuation**

**Lowering Estimates and Rating to Neutral**

- Reducing 2022 revenue estimates by $15M to $253M on supply-chain risks.

- This assumes 1H22 growth of 8% y/y and 2H22 growth of 15% y/y.

- Increasing 2022 charge-back expense ratio to 41% from 39% on higher travel mix.

- Lowering 2022 gross margin to 50% from 52%.

- Lowering 2022 EBITDA losses by ($9M) to ($50M).

- Lowering rating to Neutral from Overweight until growth/margins stabilize.

- Lowering PT to $17 from $32 on lower estimates and lower normalized EV/FCF multiple of 30x (vs. prior 45x), discounted back 3.5 years at 12%.

- Commerce peer group multiple on CY22 EV/GP basis is roughly 18.7x, which is comparable to the 17.9x CY23 EV/GP implied in our $17 PT.

**Our Case**

| | Base CY26E | Bull CY26E | Bear CY26E |
|---|---|---|---|
| Estimated Revenue (000s) | $850 | $1,280 | $750 |
| Estimated FCF (000s) | $139 | $282 | $100 |
| Estimated % FCF margin | 16.3% | 22.0% | 13.3% |
| Discount rate | 12% | 12% | 12% |
| Discount period by year | 3.5 | 3.5 | 3.5 |
| Discounted FCF | $93 | $189 | $67 |
| Assumed EV/FCF multiple | 30.0x | 33.0x | 25.0x |
| Enterprise value | $2,796 | $6,250 | $1,677 |
| Net cash (debt) | $449 | $449 | $449 |
| Fully diluted share count | 191 | 191 | 191 |
| Annual dilution | 1% | 1% | 1% |
| **Share value** | **$17** | **$35** | **$11** |
| % upside | 23% | 154% | -20% |
| Implied EV/S (CY23E) | 9.0x | 13.4x | 4.9x |
| Implied EV/GP (CY23E) | 17.9x | 46.9x | 21.2x |
| Current EV/GP (CY23E) | 13.5x | 8.6x | 12.3x |

*Sources: Piper Sandler Estimates, % upside based on intraday price*

**Commerce Peers**

| Ticker | 11/16/21 Price | 2022E Rev Growth | 2022E GP Growth | 2022E GM% | 2022 EV/GP | 2022 EV/S |
|---|---|---|---|---|---|---|
| AVDX | $24.78 | 21% | 25% | 59% | 27.0x | 16.4x |
| BIGC | $56.77 | 28% | 26% | 80% | 19.9x | 15.6x |
| AVLR | $153.45 | 23% | 23% | 73% | 21.8x | 16.0x |
| TWLO | $310.00 | 32% | 33% | 54% | 28.1x | 15.3x |
| SPSC | $149.14 | 15% | 16% | 67% | 18.0x | 12.2x |
| EVCM | $17.06 | 23% | 26% | 67% | 12.2x | 8.4x |
| SQSP | $48.01 | 19% | 17% | 84% | 9.7x | 8.0x |
| WIX | $194.67 | 20% | 17% | 63% | 13.2x | 8.1x |
| Average | | 23% | 23% | 68% | 18.7x | 12.5x |
| Low | | 15% | 16% | 54% | 9.7x | 8.0x |
| | | | | | | |
| RSKD | $13.83 | 12% | 6% | 50% | 16.7x | 8.4x |

*Sources: FactSet, intraday prices 11/16/2021*

**Brent Bracelin**
Managing Director | Senior Research Analyst
Cloud Applications & Analytics
**Phone: 503-275-8316**
**Email: Brent.Bracelin@psc.com**

| RSKD: Riskified Income Statement | FY 2019 | 1Q20 MAR | 2Q20 JUN | 3Q20 SEP | 4Q20 DEC | FY 2020 | 1Q21 MAR | 2Q21 JUN | 3Q21 SEP | 4Q21E DEC | FY 2021E | 1Q22E MAR | 2Q22E JUN | 3Q22E SEP | 4Q22E DEC | FY 2022E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | **$130,555** | **$33,189** | **$37,807** | **$41,695** | **$57,049** | **$169,740** | **$51,083** | **$55,692** | **$52,533** | **$67,300** | **$226,608** | **$55,250** | **$59,750** | **$60,000** | **$77,750** | **$252,750** | **$310,823** |
| % Q/Q Chg | | (14.8%) | 13.9% | 10.3% | 36.8% | | (10.5%) | 9.0% | (5.7%) | 28.1% | | (17.9%) | 8.1% | 0.4% | 29.6% | | |
| % Y/Y Chg | 75.7% | 8.7% | 22.5% | 38.1% | 46.4% | 30.0% | 53.9% | 47.3% | 26.0% | 18.0% | 33.5% | 8.2% | 7.3% | 14.2% | 15.5% | 11.5% | 23.0% |
| $ chg q/q | -- | ($5,769) | $4,618 | $3,888 | $15,354 | -- | ($5,966) | $4,609 | ($3,159) | $14,767 | -- | ($12,050) | $4,500 | $250 | $17,750 | -- | -- |
| Cost of Goods Sold | $64,855 | $15,722 | $17,647 | $19,660 | $23,849 | $76,878 | $22,429 | $22,353 | $28,177 | $33,886 | $106,845 | $27,736 | $29,995 | $30,900 | $37,165 | $125,795 | $154,655 |
| **Gross Profit (Non-GAAP)** | **65,700** | **17,467** | **20,160** | **22,035** | **33,200** | **92,862** | **28,654** | **33,339** | **24,356** | **33,414** | **119,763** | **27,515** | **29,756** | **29,100** | **40,586** | **126,956** | **156,167** |
| % Gross Margin | 50.3% | 52.6% | 53.3% | 52.8% | 58.2% | 54.7% | 56.1% | 59.9% | 46.4% | 49.7% | 52.9% | 49.8% | 49.8% | 48.5% | 52.2% | 50.2% | 50.2% |
| Research & Development | $24,576 | $6,680 | $7,394 | $9,281 | $9,666 | $33,021 | $10,869 | $11,438 | $12,675 | $15,816 | $50,798 | $12,984 | $14,041 | $15,000 | $15,939 | $57,964 | $67,093 |
| % of Revenue | 18.8% | 20.1% | 19.6% | 22.3% | 16.9% | 19.5% | 21.3% | 20.5% | 24.1% | 23.5% | 22.4% | 23.5% | 23.5% | 25.0% | 20.5% | 22.9% | 21.6% |
| Sales & Marketing | $31,053 | $10,055 | $9,070 | $9,451 | $9,746 | $38,323 | $11,747 | $13,811 | $15,442 | $18,979 | $59,979 | $16,575 | $17,925 | $18,600 | $20,993 | $74,093 | $91,061 |
| % of Revenue | 23.8% | 30.3% | 24.0% | 22.7% | 17.1% | 22.6% | 23.0% | 24.8% | 29.4% | 28.2% | 26.5% | 30.0% | 30.0% | 31.0% | 27.0% | 29.3% | 29.3% |
| General & Administrative | $12,709 | $4,110 | $5,140 | $5,400 | $5,731 | $20,381 | $6,838 | $6,700 | $10,653 | $11,576 | $35,767 | $11,326 | $12,249 | $13,350 | $12,440 | $49,365 | $52,624 |
| % of Revenue | 9.7% | 12.4% | 13.6% | 13.0% | 10.0% | 12.0% | 13.4% | 12.0% | 20.3% | 17.2% | 15.8% | 20.5% | 20.5% | 22.3% | 16.0% | 19.5% | 16.9% |
| Operating Expenses (Non-GAAP) | $68,338 | $20,845 | $21,604 | $24,132 | $25,143 | $91,724 | $29,454 | $31,949 | $38,770 | $46,370 | $146,543 | $40,885 | $44,215 | $46,950 | $49,371 | $181,421 | $210,779 |
| % Y/Y | | 43.7% | 34.3% | 34.1% | 27.3% | 34.2% | 41.3% | 47.9% | 60.7% | 84.4% | 59.8% | 38.8% | 38.4% | 21.1% | 6.5% | 23.8% | 16.2% |
| **Operating Income (Non-GAAP)** | **($2,638)** | **($3,378)** | **($1,444)** | **($2,097)** | **$8,057** | **$1,138** | **($800)** | **$1,390** | **($14,414)** | **($12,955)** | **($26,779)** | **($13,371)** | **($14,460)** | **($17,850)** | **($8,786)** | **($54,466)** | **($54,612)** |
| % Operating Margin | (2.0%) | (10.2%) | (3.8%) | (5.0%) | 14.1% | 0.7% | (1.6%) | 2.5% | (27.4%) | (19.3%) | (11.8%) | (24.2%) | (24.2%) | (29.8%) | (11.3%) | (21.5%) | (17.6%) |
| D&A | $715 | $278 | $310 | $327 | $445 | $1,360 | $504 | $628 | $655 | $752 | $2,539 | $954 | $998 | $1,038 | $1,073 | $4,063 | $4,370 |
| **Adjusted EBITDA** | **($1,923)** | **($3,100)** | **($1,134)** | **($1,770)** | **$8,502** | **$2,498** | **($296)** | **$2,018** | **($13,759)** | **($12,203)** | **($24,240)** | **($12,417)** | **($13,461)** | **($16,812)** | **($7,713)** | **($50,403)** | **($50,242)** |
| % EBITDA margin | (1.5%) | (9.3%) | (3.0%) | (4.2%) | 14.9% | 1.5% | (0.6%) | 3.6% | (26.2%) | (18.1%) | (10.7%) | (22.5%) | (22.5%) | (28.0%) | (9.9%) | (19.9%) | (16.2%) |
| Other expenses (income) | ($122) | ($6,095) | ($374) | ($488) | $2,366 | ($4,591) | $229 | $258 | $200 | $0 | $687 | $0 | $0 | $0 | $0 | $0 | $0 |
| Financial expenses (income) | ($53) | ($14) | ($58) | ($42) | ($30) | ($145) | ($34) | ($35) | ($145) | $0 | ($214) | $0 | $0 | $0 | $0 | $0 | $0 |
| Total other expenses (income) | ($175) | ($6,110) | ($432) | ($530) | $2,336 | ($4,736) | $195 | $223 | $55 | $0 | $473 | $0 | $0 | $0 | $0 | $0 | $0 |
| Pre-tax income (losses) | ($2,463) | $2,731 | ($1,012) | ($1,567) | $5,721 | $5,874 | ($995) | $1,167 | ($14,469) | ($12,955) | ($27,252) | ($13,371) | ($14,460) | ($17,850) | ($8,786) | ($54,466) | ($54,612) |
| Provision for (benefit from) income taxes | $475 | $1 | $29 | $311 | $734 | $1,075 | $615 | $309 | ($523) | $1,500 | $1,901 | $2,220 | $2,300 | $2,320 | $3,200 | $10,040 | $15,000 |
| Tax Rate | (19.3%) | 0.0% | (2.9%) | (19.9%) | 12.8% | 18.3% | (61.8%) | 26.5% | 3.6% | (11.6%) | (7.0%) | (16.6%) | (15.9%) | (13.0%) | (36.4%) | (18.4%) | (27.5%) |
| Net Income (Non-GAAP) | ($2,938) | $2,731 | ($1,041) | ($1,878) | $4,987 | $4,799 | ($1,610) | $858 | ($13,946) | ($14,455) | ($29,153) | ($15,591) | ($16,760) | ($20,170) | ($11,986) | ($64,506) | ($69,612) |
| % Net Margin | (2.3%) | 8.2% | (2.8%) | (4.5%) | 8.7% | 2.8% | (3.2%) | 1.5% | (26.5%) | (21.5%) | (12.9%) | (28.2%) | (28.0%) | (33.6%) | (15.4%) | (25.5%) | (22.4%) |
| **Non-GAAP EPS (net loss)** | **($0.22)** | **$0.15** | -- | -- | -- | **$0.34** | **($0.11)** | **$0.06** | **($0.09)** | **($0.09)** | **($0.33)** | **($0.10)** | **($0.10)** | **($0.12)** | **($0.07)** | **($0.39)** | **($0.42)** |
| Basic shares | 13,598 | 13,716 | 14,015 | | | 14,023 | 14,465 | 14,529 | 161,952 | 162,500 | 88,362 | 163,500 | 164,000 | 164,500 | 165,000 | 164,250 | 166,750 |
| Fully diluted shares | 13,598 | 17,757 | 14,015 | | | 14,023 | 14,465 | 14,529 | 161,952 | 162,500 | 88,362 | 163,500 | 164,000 | 164,500 | 165,000 | 164,250 | 166,750 |

*Source: Company Reports, Piper Sandler Estimates*

*(figures in $ thousands)*

Current disclosure information for this company can be found at:
www.pipersandler.com/researchdisclosures

*Last Updated: 11/16/2021*

Riskified Ltd.

| RSKD: Riskified Balance Sheet | FY 2019 | FY 2020 | 1Q21 MAR | 2Q21 JUN | 3Q21 SEP | 4Q21E DEC | FY 2021E | 1Q22E MAR | 2Q22E JUN | 3Q22E SEP | 4Q22E DEC | FY 2022E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | |
| Cash and cash equivalents | $69,697 | $103,609 | $111,844 | $120,214 | $444,489 | $417,678 | $417,678 | $399,699 | $377,282 | $352,316 | $329,692 | $329,692 | $226,623 |
| Restricted cash | $3,016 | $3,048 | $4,422 | $4,464 | $4,586 | $4,586 | $4,586 | $4,586 | $4,586 | $4,586 | $4,586 | $4,586 | $4,586 |
| Short-term deposits | $0 | $14,009 | $7,009 | $25,003 | $85,024 | $85,024 | $85,024 | $85,024 | $85,024 | $85,024 | $85,024 | $85,024 | $85,024 |
| Accounts receivable, net | $24,746 | $37,194 | $22,485 | $26,085 | $23,459 | $37,309 | $37,309 | $21,137 | $25,446 | $24,712 | $40,702 | $40,702 | $49,095 |
| Prepaid expenses and other current assets | $3,424 | $5,639 | $8,370 | $9,103 | $15,102 | $14,149 | $14,149 | $14,859 | $14,315 | $14,521 | $13,514 | $13,514 | $12,452 |
| **Total Current Assets** | **$100,883** | **$163,499** | **$154,130** | **$184,869** | **$572,660** | **$558,746** | **$558,746** | **$525,305** | **$506,654** | **$481,159** | **$473,518** | **$473,518** | **$377,780** |
| | | | | | | | | | | | | | |
| Property and equipment, net | $4,078 | $4,640 | $4,851 | $5,788 | $10,930 | $17,678 | $17,678 | $17,724 | $17,726 | $17,688 | $17,615 | $17,615 | $25,678 |
| Deferred contract acquisition costs | $2,696 | $6,983 | $7,395 | $7,911 | $8,585 | $9,619 | $9,619 | $10,912 | $12,425 | $14,253 | $15,545 | $15,545 | $21,768 |
| Other assets | $2,409 | $5,439 | $10,389 | $12,361 | $6,355 | $6,780 | $6,780 | $12,319 | $14,354 | $19,257 | $19,644 | $19,644 | $31,807 |
| **Total Assets** | **$110,066** | **$180,561** | **$176,765** | **$210,929** | **$598,530** | **$592,823** | **$592,823** | **$566,260** | **$551,159** | **$532,356** | **$526,322** | **$526,322** | **$457,033** |
| | | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | | |
| Accounts payable, accrued expenses, and other | $4,888 | $1,507 | $1,610 | $1,971 | $5,468 | $8,968 | $8,968 | $9,029 | $9,649 | $10,365 | $11,865 | $11,865 | $14,906 |
| Accrued compensation and benefits | $8,841 | $15,548 | $12,751 | $16,088 | $17,990 | $23,490 | $23,490 | $19,996 | $23,438 | $25,438 | $29,938 | $29,938 | $37,582 |
| Guarantee obligations | $9,137 | $12,445 | $9,632 | $9,911 | $8,454 | $7,954 | $7,954 | $4,438 | $4,787 | $2,965 | $2,340 | $2,340 | ($2,675) |
| Provision for chargebacks | $6,456 | $10,582 | $8,126 | $6,987 | $8,195 | $9,695 | $9,695 | $6,625 | $5,372 | $6,882 | $8,532 | $8,532 | $8,079 |
| Other accrued expenses & liabilities | $7,975 | $11,839 | $29,531 | $13,615 | $14,995 | $14,745 | $14,745 | $14,745 | $14,495 | $14,495 | $14,495 | $14,495 | $14,233 |
| **Total Current Liabilities** | **$37,297** | **$51,921** | **$61,650** | **$48,572** | **$55,102** | **$64,852** | **$64,852** | **$54,833** | **$57,740** | **$60,145** | **$67,170** | **$67,170** | **$72,125** |
| | | | | | | | | | | | | | |
| Other liabilities, noncurrent | $8,016 | $12,385 | $39,715 | $53,961 | $7,584 | $7,334 | $7,334 | $7,334 | $7,084 | $7,084 | $7,084 | $7,084 | $6,822 |
| **Total Liabilities** | **$45,313** | **$64,306** | **$101,365** | **$102,533** | **$62,686** | **$72,186** | **$72,186** | **$62,167** | **$64,824** | **$67,229** | **$74,254** | **$74,254** | **$78,946** |
| | | | | | | | | | | | | | |
| Convertible Preferred Shares | $105,354 | $159,564 | $159,564 | $210,083 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Share capital | $4 | $4 | $4 | $4 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Additional paid-in capital | $15,727 | $24,366 | $27,163 | $30,129 | $754,517 | $764,141 | $764,141 | $772,981 | $782,541 | $792,141 | $801,315 | $801,315 | $844,159 |
| Accumulated deficit and other | ($56,332) | ($67,679) | ($111,331) | ($131,820) | ($218,673) | ($243,504) | ($243,504) | ($268,889) | ($296,206) | ($327,014) | ($349,247) | ($349,247) | ($466,072) |
| **Total Shareholders' Equity** | **($40,601)** | **($43,309)** | **($84,164)** | **($101,687)** | **$535,844** | **$520,637** | **($84,164)** | **$504,092** | **$486,335** | **$465,126** | **$452,068** | **($84,164)** | **($84,164)** |
| **Total Liabilities & Shareholders' Equity** | **$110,066** | **$180,561** | **$176,765** | **$210,929** | **$598,530** | **$592,823** | **$592,823** | **$566,260** | **$551,159** | **$532,356** | **$526,322** | **$526,322** | **$457,033** |

*Source: Company Reports, Piper Sandler Estimates*

*(figures in $ thousands)*

Riskified Ltd.

## RSKD: Riskified — Statement of Cash Flows

| Statement of Cash Flows | FY 2019 | FY 2020 | 1Q21 MAR | 2Q21 JUN | 3Q21 SEP | 4Q21E DEC | FY 2021E | 1Q22E MAR | 2Q22E JUN | 3Q22E SEP | 4Q22E DEC | FY 2022E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income | ($14,175) | ($11,347) | ($43,652) | ($20,489) | ($86,853) | ($24,831) | ($175,825) | ($25,384) | ($27,318) | ($30,808) | ($22,233) | ($105,743) | ($116,824) |
| Unrealized FX impact | $119 | $186 | ($101) | $118 | ($42) | $0 | ($25) | $0 | $0 | $0 | $0 | $0 | $0 |
| Provision for accounts receivable allowances | $409 | $12 | $129 | ($51) | $195 | $150 | $423 | $155 | ($61) | $234 | $180 | $508 | $533 |
| Depreciation and amortization | $715 | $1,360 | $504 | $628 | $655 | $752 | $2,539 | $954 | $998 | $1,038 | $1,073 | $4,063 | $4,370 |
| Amortization of deferred contract costs | $906 | $2,175 | $828 | $910 | $1,107 | $828 | $3,673 | $869 | $956 | $1,162 | $869 | $3,857 | $4,049 |
| Gains on insurance proceeds | ($379) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Revaluation of convertible preferred warrants | $654 | $3,850 | $23,384 | $13,628 | $64,401 | $0 | $101,413 | $0 | $0 | $0 | $0 | $0 | $0 |
| Revaluation of convertible preferred tranche | ($248) | $1,959 | $15,861 | $5,399 | $0 | $0 | $21,260 | $0 | $0 | $0 | $0 | $0 | $0 |
| Share-based compensation | $11,237 | $7,945 | $2,549 | $2,577 | $8,506 | $9,624 | $23,256 | $8,840 | $9,560 | $9,600 | $9,175 | $37,175 | $42,843 |
| Other | $86 | ($9) | ($16) | $48 | $392 | $0 | $424 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Changes in assets and liabilities:** | | | | | | | | | | | | | |
| Accounts receivable, net | ($3,284) | ($12,568) | ($14,561) | ($3,540) | $2,336 | ($14,000) | ($643) | $16,017 | ($4,248) | $500 | ($16,170) | ($3,901) | ($8,926) |
| Deferred contract acquisition costs | ($2,361) | ($6,462) | ($1,034) | ($1,211) | ($1,462) | ($1,034) | ($4,741) | ($1,293) | ($1,514) | ($1,828) | ($1,293) | ($5,926) | ($6,223) |
| Prepaid expenses and other current assets | ($3,132) | ($3,235) | ($5,055) | ($1,497) | ($4,376) | $500 | ($10,428) | ($6,319) | ($1,647) | ($5,470) | $550 | ($12,885) | ($11,950) |
| Accounts payable | $2,680 | ($3,707) | $49 | $563 | $573 | $3,500 | $4,685 | $61 | $619 | $716 | $1,500 | $2,897 | $3,042 |
| Accrued compensation | $2,176 | $6,500 | $2,795 | $3,129 | $1,907 | $5,500 | $7,741 | ($3,494) | $3,442 | $2,000 | $4,500 | $6,448 | $7,644 |
| Guarantee obligations | $44 | $3,308 | ($2,813) | $279 | ($1,457) | ($500) | ($4,491) | ($3,516) | $349 | ($1,821) | ($625) | ($5,614) | ($5,015) |
| Provision for chargebacks | $4,399 | $4,126 | ($2,456) | ($1,139) | $1,208 | $1,500 | ($887) | ($3,070) | ($1,253) | $1,510 | $1,650 | ($1,163) | ($454) |
| Other | $3,997 | $2,787 | $3,926 | $2,068 | $1,364 | ($500) | $6,858 | $0 | ($500) | $0 | $0 | ($500) | ($525) |
| **Net cash provided by operating activities** | $3,843 | ($3,120) | $3,869 | $1,420 | ($11,546) | ($18,511) | ($24,768) | ($16,179) | ($20,617) | ($23,166) | ($20,824) | ($80,786) | ($87,436) |
| *% OCF Margin* | *3%* | *-2%* | *8%* | *3%* | *-22%* | *-28%* | *-11%* | *-29%* | *-35%* | *-39%* | *-27%* | *-32%* | *-28%* |
| Purchase of ST deposits | $0 | ($14,000) | $0 | ($25,000) | ($85,000) | $0 | ($110,000) | $0 | $0 | $0 | $0 | $0 | ($8,530) |
| Maturities of ST deposits | $0 | $0 | $7,016 | $6,990 | $24,979 | $0 | $38,985 | $0 | $0 | $0 | $0 | $0 | $0 |
| Purchase of property and equipment | ($2,113) | ($1,507) | ($388) | ($706) | ($3,123) | ($7,500) | ($11,717) | ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($4,000) | ($3,903) |
| Capitalized software development costs | ($419) | ($1,454) | ($292) | ($198) | ($238) | ($800) | ($1,528) | ($800) | ($800) | ($800) | ($800) | ($3,200) | ($3,200) |
| Other | $379 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net cash used in investing activities** | ($2,153) | ($16,961) | $6,336 | ($18,914) | ($63,382) | ($8,300) | ($84,260) | ($1,800) | ($1,800) | ($1,800) | ($1,800) | ($7,200) | ($15,633) |
| Proceeds from IPO | $0 | $0 | $0 | $0 | $392,273 | $0 | $392,273 | $0 | $0 | $0 | $0 | $0 | $0 |
| Proceeds from issuance of convertible stock | $45,569 | $53,559 | $0 | $26,781 | $0 | $0 | $26,781 | $0 | $0 | $0 | $0 | $0 | $0 |
| Proceeds from stock options | $237 | $642 | $224 | $335 | $1,908 | $0 | $2,467 | $0 | $0 | $0 | $0 | $0 | $0 |
| Deferred offering costs | $0 | ($176) | ($820) | ($1,210) | ($1,345) | $0 | ($3,375) | $0 | $0 | $0 | $0 | $0 | $0 |
| Other | $0 | $0 | $0 | $0 | $6,489 | $0 | $6,489 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net cash used in financing activities** | $45,806 | $54,025 | ($596) | $25,906 | $399,325 | $0 | $424,635 | $0.0 | $0.0 | $0.0 | $0.0 | $0 | $0 |
| Net increase (decrease) in cash | $47,496 | $33,944 | $9,609 | $8,412 | $324,397 | ($26,811) | $315,607 | ($17,979) | ($22,417) | ($24,966) | ($22,624) | ($87,986) | ($103,069) |
| Cash and equivalents at beginning of period | $25,217 | $72,713 | $106,657 | $116,266 | $124,678 | $449,075 | $106,657 | $422,264 | $404,285 | $381,868 | $356,902 | $422,264 | $334,278 |
| Cash and equivalents at end of period | $72,713 | $106,657 | $116,266 | $124,678 | $449,075 | $422,264 | $422,264 | $404,285 | $381,868 | $356,902 | $334,278 | $334,278 | $231,209 |
| **Free Cash Flow** | $1,311 | ($6,081) | $3,189 | $516 | ($14,907) | ($26,811) | ($38,013) | ($17,979) | ($22,417) | ($24,966) | ($22,624) | ($87,986) | ($94,538) |
| *% Free Cash Flow Margin* | *1.0%* | *-3.6%* | *6.2%* | *0.9%* | *-28.4%* | *-39.8%* | *-16.8%* | *-32.5%* | *-37.5%* | *-41.6%* | *-29.1%* | *-34.8%* | *-30.4%* |

Source: Company Reports, Piper Sandler Estimates
(figures in $ thousands)

Riskified Ltd.

Case 1:22-cv-03545-DLC Document 73-10 Filed 10/28/22 Page 7 of 9



## IMPORTANT RESEARCH DISCLOSURES

**Rating and Price Target History for: Riskified Ltd. (RSKD) as of 11-15-2021**

08/23/21
I:OW:$32

Created by: BlueMatrix

Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.
Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| Distribution of Ratings/IB Services | | | | |
| Piper Sandler | | | | |
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
|---|---|---|---|---|
| **BUY [OW]** | 668 | 65.88 | 292 | 43.71 |
| **HOLD [N]** | 342 | 33.73 | 77 | 22.51 |
| **SELL [UW]** | 4 | 0.39 | 0 | 0.00 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Sandler and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Sandler ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification
The analysts Brent A. Bracelin and Clarke Jeffries, primarily responsible for the preparation of this research report, attest to the following:

The views expressed in this report accurately reflect our personal views about the subject company and the subject security. In addition, no part of our compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Sandler research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 16 November 2021 13:41EST.

## Research Disclosures

Piper Sandler was a registered market maker in the securities of Riskified Ltd. at the time this research report was published.

Piper Sandler expects to receive or intends to seek compensation for investment banking services from Riskified Ltd. in the next 3 months.

Piper Sandler has had a client relationship or has received compensation for investment banking services from Riskified Ltd. within the past 12 months.

Piper Sandler was a managing underwriter of a public offering of, or a dealer manager of a tender offer for, the securities of Riskified Ltd. within the past 12 months.

Affiliate disclosures: Piper Sandler is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Sandler Companies and its subsidiaries Piper Sandler & Co. and Piper Sandler Ltd. are marketed. This report has been prepared by Piper Sandler & Co. and/or its affiliate Piper Sandler Ltd. Piper Sandler & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Sandler Ltd. is authorized and regulated by the Financial Conduct Authority, and is located at 88 Wood Street, 13th Floor, London EC2V 7RS. Disclosures in this section and in the Other Important Information section referencing Piper Sandler include all affiliated entities unless otherwise specified.

## Rating Definitions

Stock Ratings: Piper Sandler fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.pipersandler.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Sandler sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Sandler offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Sandler has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the most recently available closing market price. Piper Sandler does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Sandler policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Sandler is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Sandler and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Sandler representative, or as otherwise noted below. Canada: This research report is distributed in Canada by CIBC World Markets Inc. Investors in Canada wishing to effect a transaction in the securities discussed in this report should contact their CIBC sales representative. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. For further disclosure related to CIBC conflicts of interest please visit https://researchcentral.cibcwm.com. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Sandler Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Sandler & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Sandler customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Sandler & Co. Additional information is available upon request. Copyright 2021 Piper Sandler. All rights reserved.