# EXHIBIT 14

# TRUIST HH

**Truist Securities**

Equity Research

February 23, 2022

**TMT: Application Software**

**Terry Tillman**
404-926-5362
Terry.Tillman@truist.com

**Joe Meares, CFA**
212-303-4135
Joseph.Meares@truist.com

Connor Passarella
212-326-6153
Connor.Passarella@truist.com

Robert Dee
404-836-4746
Robert.Dee@truist.com

| | |
|---|---|
| Stock Rating | **BUY** |
| | *Unchanged* |
| Price Target | **$10.00** |
| | ↓ *from $14.00* |

| | |
|---|---|
| TR to Target | 50.4% |
| Price (Feb. 22, 2022) | $6.65 |
| 52-Wk Range | $36.92-$6.13 |
| Market Cap ($M) | $1,089 |
| ADTV | 808,027 |
| Shares Out (M) | 164 |
| Short Interest Ratio/% Of Float | 10.3% |
| Enterprise Value ($M) | $578 |
| Cash & Equivalents ($M) | $510 |
| Total Debt ($M) | $0 |

9 Page Document

## Reasons for this report

✓ EPS Recap Report
✓ Estimates Update

# Riskified, Ltd. (RSKD)

Reports 4Q21; Muted E-Commerce Trends/Higher Investments Contribute to Challenged 2022 Guide

Maintain Buy; Lowering PT to $10 from $14; Company Emphasizes 2H22 Growth Recovery

Riskified beat our 4Q estimates, albeit on slower expected growth. Macro-related issues, primarily muted e-commerce activity, have exacerbated expected slowdown in customer GMV associated with the impact of PSD2. These dynamics materially impact growth in 1H22. 2022 guidance was in a range of in line to modestly below consensus growth while losses are larger owing to growth investments. Maintain Buy with shares at heavily discounted valuation to rest of our coverage despite solid l-t growth profile intact.

**4QFY21 Recap.** Total gross merchandise volume (GMV), measured as gross total dollar value of orders that RSKD's merchant clients receive that are reviewed by RSKD, was $27.80 billion (23% y/y growth). Total revenue also beat our expectations, coming in at $69.8 million (22% y/y growth) compared to our estimate of $67.3 million (18% y/y growth). Non-GAAP operating income was ($7.0) million, reflecting a (10.0%) operating margin, compared to our estimate of ($12.0) million and (17.8%), respectively. Adjusted EBITDA was better than our model at ($7.0) million, compared to our ($13.0 million) estimate. Operating and free cash flow were ($14.0) million and ($22.6) million, respectively, and better than our estimates of ($20.1) million for operating cash flow and ($28.6) million for free cash flow. The company ended the quarter with cash and equivalents of $510.3 million. The company remains debt-free.

**Figure 1 - Results Versus Our Estimates**
*($ Thousands, Except Per Share Data)*

**TRUIST HH Truist Securities**

**4Q21**

| | Reported | Estimate | Last Qtr. | Yr. Ago |
|---|---|---|---|---|
| **GMV** | $27,795 | $22,405 | 20,900 | 22,587 |
| *Y/Y % Growth* | 23.1% | -0.8% | 27.9% | 64.8% |
| **Total Revenue** | $69.8 | $67.3 | $52.5 | $57.0 |
| *Y/Y % Growth* | 22.4% | 18.1% | 26.0% | 46.4% |
| *Q/Q % Growth* | 32.9% | 28.2% | -5.7% | 36.8% |
| **Adjusted Gross Margin** | 53.0% | 47.0% | 46.2% | 58.2% |
| **Non-GAAP Operating Income** | ($7.0) | ($12.0) | ($14.0) | $8.5 |
| **Non-GAAP Operating Margin** | -10.0% | -17.8% | -26.6% | 14.9% |
| **Non-GAAP Net Income** | ($7.2) | ($14.5) | ($13.3) | $5.4 |
| **Non-GAAP EPS** | ($0.04) | ($0.09) | ($0.08) | N/A |
| **Adjusted EBITDA** | ($7.0) | ($13.0) | (13.8) | 8.5 |
| *EBITDA Margin* | -10.0% | -19.3% | -26.2% | 14.9% |
| **Operating Cash Flow** | ($14.0) | ($20.1) | ($11.5) | $1.3 |
| **Free Cash Flow** | ($22.6) | ($28.6) | ($14.9) | $0.8 |

Source: Company reports, Truist Securities estimates

| Revenue ($M) | 2021A | | 2022E | | | 2023E | |
|---|---|---|---|---|---|---|---|
| FYE Dec | New | Old | New | Cons | Old | New | Cons |
| Q1 | $51 | -- | $56 | -- | -- | $67 | -- |
| Q2 | $56 | -- | $59 | -- | *$60* | $72 | -- |
| Q3 | $53 | -- | $62 | -- | *$63* | $79 | -- |
| Q4 | $70 | *$67* | $78 | -- | *$80* | $101 | -- |
| Year | $229 | *$227* | $255 | -- | *$258* | $319 | -- |
| EV/Sales | 2.5x | | 2.3x | | | 1.8x | |

SEE PAGE 7 FOR REQUIRED DISCLOSURE INFORMATION

**Truist Securities**

**Business Updates.** Despite subpar expected growth in 2022, we believe RSKD maintains leadership in the e-commerce fraud protection market with unique chargeback guarantee business model. The company added luxury fashion merchant Saks OFF 5th in the quarter, as well as a top five worldwide omni-channel retailer. Ticketing and travel appears to be regaining traction as a key customer category after COVID-related woes, evidenced by a top five global travel retailer win in the quarter. Additionally, the company highlighted two new vertical wins from crypto-currency and digital asset infrastructure company Binance, as well as a global remittance company with over $5 billion in revenue. We also note the rollout of Policy Protect, showing strong traction with billions in GMV processed annually. Lastly, we are encouraged by the company's international growth, with especially notable growth in APAC and EMEA. APAC saw triple digit in 2021 albeit off a small base, while EMEA accelerated growth amid a sharp recovery in travel spend.

We are also highlighting a variety of promising call options for revenue recovery/upside. The company expanded chargeback guarantees on ACH payments in the year, with meaningful volumes processed in Q4. ACH remains in early days and is a small part of the company's revenue subset, but we believe ACH could prove to be a long term strategic growth opportunity. We also view the company's growing partnerships, with partners embedding chargeback guarantees in their products, as another area of potential upside. The company specifically noted the potential for increased mid-market support from partner driven selling and categorized partner driven selling as an early growth opportunity. Lastly, we highlight new vertical wins, specifically around digital assets and remittances. While fashion and luxury verticals remain the company's bread and butter, we are intrigued by the potential for Riskified in the digital asset infrastructure market, particularly as fraud mitigation remains a chief concern in the space.

The company also touched on transitory issues that are affecting e-commerce including the recent supply chain slowdown, inflation concerns, return to travel, and the previously mentioned PSD2 regulation framework. The company stated that it will be cautious into FY22 as these transitory considerations can put pressure on e-commerce growth. As a result, the impact of volumes affected from economic reopening, global supply chain issues, and PSD2 have been included in the guidance range for FY22. The company believes that 1/3 of the delta between its 2022 revenue guidance and its long term 25%-30% growth framework is accounted for in softer e-commerce volumes, while 2/3rds is PSD2 related. Additionally, the company expects no further impact from PSD2 in 2023. It will be important for the company to achieve the expected growth recovery in 2H22 and beyond; otherwise, the outcome would be continued sub-part growth and large sustained operating losses.

**FY22 and Model Revisions.** The company introduced its guidance for FY22. Total revenue was guided in the range of $254.0 - $257.0 million, while adjusted EBITDA was guided in the range of ($69.0) – ($66.0) million. Our estimates in FY22 have moved lower as a result of the company guiding towards conservatism in the model due to transitory concerns. The company notes that both PSD2 and reopening headwinds to ecommerce have been fully burdened into the model for FY22, but that gross margin headwinds from a mix shift towards lower margin travel spend were not appropriately reflected in our model. Due to headwinds around various macro-related issues, including supply chain issues, inflation, softer ecommerce growth, and economy reopenings, we have lowered our growth rates for the year (~12% growth versus 14% previously in 2022). Please see figure 2 for more details.

**Figure 2 - Financial Model Revisions**
*($000s, Except Per Share Data)*

**TRUIST**
**Truist Securities**

| | Before 1Q22E | After 1Q22E | Before FY22E | After FY22E | Before FY23E | After FY23E |
|---|---|---|---|---|---|---|
| Total Revenue | $55.6 | $55.9 | $258.3 | $255.4 | $322.8 | $320.4 |
| Y/Y % Growth | 8.8% | 9.4% | 14.0% | 11.5% | 25.0% | 25.4% |
| Q/Q % Growth | -17.5% | -20.0% | | | | |
| Adjusted Gross Margin | 54.7% | 52.0% | 53.4% | 51.0% | 54.2% | 53.0% |
| Non-GAAP Operating Income | ($15.9) | ($17.6) | ($66.5) | ($71.7) | ($52.7) | ($53.3) |
| Non-GAAP Operating Margin | -28.6% | -31.6% | -25.8% | -28.1% | -16.3% | -16.6% |
| Non-GAAP Net Income | ($17.6) | ($19.3) | ($74.6) | ($79.7) | ($66.9) | ($67.5) |
| Adjusted EBITDA | ($14.9) | ($16.6) | ($62.5) | ($67.7) | ($51.1) | ($51.7) |
| EBITDA Margin | -26.8% | -29.8% | -24.2% | -26.5% | -15.8% | -16.1% |
| Operating Cash Flow | ($13.2) | ($14.7) | ($70.3) | ($73.0) | ($65.1) | ($65.3) |
| Free Cash Flow | ($14.0) | ($15.5) | ($74.0) | ($76.8) | ($68.4) | ($68.6) |

Source: Company reports, Truist Securities estimates

**Valuation.** We have decreased our price target to $10 from $14 to more fully account for the substantial valuation reduction across all software growth cohorts and company-specific transitory growth headwinds. Our updated PT valuation equates to 3.5x EV/'23E sales. This represents a meaningful discount to 20%-plus and 30%-plus software growers and likely could prove conservative if growth reaccelerates strongly as contemplated in Street models beginning in 2H22 and continuing through 2023. Maintain Buy rating and we note significant valuation discount currently to all software growth cohorts, including sub-20% growers.



## Figure 3 - Riskified Valuation Analysis
*($ in millions)*

**TRUIST ⊞**
**Truist Securities**

|  | 2021 | 2022E | 2023E |
|---|---|---|---|
| Sales | $ 229.1 | $ 255.4 | $ 318.5 |
| *EV/Sales* | *2.0x* | *1.8x* | *1.5x* |

Note: Enterprise Value (EV) based on stock price as of February 23, 2022

Source: Company reports, Truist Securities estimates

![TRUIST Truist Securities logo]

## Riskified Income Statement
*($ in millions, except per share data; fiscal year ends December)*

**Terry Tillman**
**Truist Securities**
Terry.Tillman@Truist.com | 404-926-5362

| | 2019 | 2020 | 1Q21 Mar-21 | 2Q21 Jun-21 | 3Q21 Sep-21 | 4Q21 Dec-21 | 2021 | 1Q22E Mar-22 | 2Q22E Jun-22 | 3Q22E Sep-22 | 4Q22E Dec-22 | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenues** | $130.6 | $169.7 | $51.1 | $55.7 | $52.5 | $69.8 | $229.1 | $55.9 | $59.2 | $62.4 | $77.9 | $255.4 | $318.5 |
| *Y/Y % Change* | N/A | 30.0% | 53.9% | 47.3% | 26.0% | 22.4% | 35.0% | 9.4% | 6.3% | 18.7% | 11.6% | 11.5% | 24.7% |
| *Q/Q % Change* | | | -10.5% | 9.0% | -5.7% | 32.9% | | -20.0% | 6.0% | 5.3% | 25.0% | | |
| Cost of Revenue | 64.8 | 76.8 | 22.3 | 22.4 | 28.3 | 32.8 | 105.8 | 26.8 | 29.4 | 30.9 | 38.0 | 125.1 | 149.8 |
| **Gross Profit (Non-GAAP)** | 65.7 | 92.9 | 28.8 | 33.3 | 24.3 | 37.0 | 123.3 | 29.1 | 29.8 | 31.4 | 40.0 | 130.3 | 168.7 |
| *Adjusted Gross Margin* | 50.3% | 54.7% | 56.3% | 59.8% | 46.2% | 53.0% | 53.8% | 52.0% | 50.3% | 50.4% | 51.3% | 51.0% | 53.0% |
| Research and Development | 24.4 | 32.6 | 10.7 | 12.4 | 14.3 | 16.9 | 54.3 | 16.9 | 17.4 | 18.3 | 19.9 | 72.5 | 83.3 |
| *% of Total Revenues* | 18.7% | 19.2% | 20.9% | 22.3% | 27.1% | 24.2% | 23.7% | 30.3% | 29.4% | 29.3% | 25.5% | 28.4% | 26.1% |
| *Y/Y % Change* | N/A | 33.9% | 62.0% | 70.4% | 55.3% | 77.2% | 66.5% | 58.3% | 40.1% | 28.4% | 17.3% | 33.5% | 14.9% |
| *Q/Q % Change* | | | 12.0% | 16.4% | 14.6% | 18.7% | | 0.0% | 3.0% | 5.0% | 8.5% | | |
| Sales and Marketing | 30.7 | 37.8 | 11.6 | 12.3 | 9.0 | 8.2 | 41.1 | 9.4 | 10.2 | 10.7 | 11.8 | 42.0 | 48.8 |
| *% of Total Revenues* | 23.5% | 22.2% | 22.7% | 22.0% | 17.2% | 11.7% | 17.9% | 16.9% | 17.2% | 17.1% | 15.1% | 16.5% | 15.3% |
| *Y/Y % Change* | N/A | 23.0% | 16.8% | 37.4% | -2.9% | -14.6% | 8.8% | -18.8% | -17.1% | 18.3% | 43.5% | 2.3% | 16.1% |
| *Q/Q % Change* | | | 20.9% | 5.8% | -26.4% | -9.3% | | 15.0% | 8.0% | 5.0% | 10.0% | | |
| General and Administrative | 12.6 | 20.0 | 6.8 | 7.2 | 15.0 | 18.8 | 47.8 | 20.3 | 21.4 | 22.4 | 23.3 | 87.4 | 91.0 |
| *% of Total Revenues* | 9.6% | 11.8% | 13.2% | 13.0% | 28.5% | 27.0% | 20.9% | 36.4% | 36.1% | 36.0% | 29.9% | 34.2% | 28.6% |
| *Y/Y % Change* | N/A | 59.2% | 66.8% | 42.8% | 181.0% | 238.1% | 138.8% | 201.3% | 195.1% | 49.6% | 23.8% | 82.9% | 4.0% |
| *Q/Q % Change* | | | 21.2% | 7.2% | 107.1% | 25.6% | | 8.0% | 5.0% | 5.0% | 4.0% | | |
| Total Operating Expenses | 67.6 | 90.4 | 29.0 | 31.9 | 38.3 | 43.9 | 143.2 | 46.7 | 49.0 | 51.4 | 54.9 | 202.0 | 223.0 |
| **Operating Income (Non-GAAP)** | (1.9) | 2.5 | (0.3) | 1.4 | (14.0) | (7.0) | (19.9) | (17.6) | (19.2) | (20.0) | (14.9) | (71.7) | (54.3) |
| *Operating Margin* | -1.5% | 1.5% | -0.5% | 2.4% | -26.6% | -10.0% | -8.7% | -31.6% | -32.4% | -32.0% | -19.2% | -28.1% | -17.1% |
| Stock-Based Compensation | 11.2 | 7.9 | 2.6 | 2.5 | 8.4 | 15.1 | 28.6 | 9.5 | 9.9 | 10.1 | 10.2 | 39.7 | 48.8 |
| Depreciation & Amortization | 0.7 | 1.4 | 0.5 | 0.5 | 0.5 | 0.6 | 2.1 | 0.5 | 0.5 | 0.7 | 1.0 | 2.7 | 4.0 |
| Other Non-Operating Items | - | - | - | - | - | 0.2 | 0.2 | | | | | | |
| Operating Income (GAAP) | (13.9) | (6.8) | (3.3) | (1.650) | (22.9) | (22.8) | (50.7) | (27.7) | (29.6) | (30.8) | (26.1) | (114.1) | (107.1) |
| Other Income (Expense), Net (Non-GAAP) | 0.2 | (3.5) | (39.7) | (18.5) | 0.2 | 0.7 | (57.3) | 0.5 | 0.5 | 0.5 | 0.5 | 2.0 | 0.8 |
| Other Income (Expense), Net (GAAP) | 0.2 | (3.5) | (39.7) | (18.5) | (64.5) | 0.7 | (121.9) | 0.5 | 0.5 | 0.5 | 0.5 | 2.0 | 0.8 |
| Pre-Tax Income (Non-GAAP) | (1.7) | (1.0) | (40.0) | (17.2) | (13.8) | (6.2) | (77.2) | (17.1) | (18.7) | (19.5) | (14.4) | (69.7) | (53.5) |
| Pre-Tax Income | (13.7) | (10.3) | (43.0) | (20.2) | (87.4) | (22.1) | (172.7) | (27.2) | (29.1) | (30.3) | (25.6) | (112.1) | (106.3) |
| Taxes (Non-GAAP) | 0.5 | 1.1 | 0.6 | 0.3 | (0.5) | 1.0 | 1.4 | 2.2 | 2.3 | 2.3 | 3.2 | 10.0 | 15.0 |
| *Tax Rate (Adj.)* | -27.2% | -111.2% | -1.5% | -1.8% | 3.8% | -16.0% | -1.8% | -12.9% | -12.3% | -11.9% | -22.1% | -14.4% | -28.0% |
| Taxes | 0.47 | 1.1 | 0.6 | 0.3 | (0.5) | 1.0 | 1.4 | 2.2 | 2.3 | 2.3 | 3.2 | 10.0 | 15.0 |
| *Tax Rate* | -3.5% | -10.5% | -1.4% | -1.5% | 0.6% | -4.5% | -0.8% | -8.1% | -7.9% | -7.7% | -12.5% | -8.9% | -14.1% |
| **Non-GAAP Net (Loss) Income** | (2.2) | (2.0) | (40.6) | (17.5) | (13.3) | (7.2) | (78.5) | (19.3) | (21.0) | (21.8) | (17.6) | (79.7) | (68.5) |
| *Net Margin* | -1.7% | -1.2% | -79.4% | -31.4% | -25.3% | -10.3% | -34.3% | -34.6% | -35.4% | -35.0% | -22.6% | -31.2% | -21.5% |
| GAAP Net (Loss) Income | (14.2) | (11.3) | (43.7) | (20.5) | (86.9) | (23.1) | (174.1) | (29.4) | (31.4) | (32.6) | (28.8) | (122.1) | (121.3) |
| Basic Ordinary Shares (non-GAAP) | 13.6 | 14.0 | 14.5 | 14.5 | 162.0 | 163.7 | 88.7 | 164.2 | 164.7 | 165.2 | 166.0 | 165.0 | 167.2 |
| Diluted Ordinary Shares (non-GAAP) | 13.6 | 14.0 | 14.5 | 14.5 | 162.0 | 163.7 | 88.7 | 164.2 | 164.7 | 165.2 | 166.0 | 165.0 | 167.2 |
| Basic Ordinary Shares (GAAP) | 13.6 | 14.0 | 14.5 | 14.5 | 162.0 | 163.7 | 88.7 | 164.2 | 164.7 | 165.2 | 166.0 | 165.0 | 167.2 |
| Diluted Ordinary Shares (GAAP) | 13.6 | 14.0 | 14.5 | 14.5 | 162.0 | 163.7 | 88.7 | 164.2 | 164.7 | 165.2 | 166.0 | 165.0 | 167.2 |
| **Non-GAAP EPS - Diluted** | ($0.16) | ($0.15) | ($2.80) | ($1.20) | ($0.08) | ($0.04) | ($0.89) | ($0.12) | ($0.13) | ($0.13) | ($0.11) | ($0.48) | ($0.41) |
| GAAP EPS - Diluted | ($1.04) | ($0.81) | ($3.02) | ($1.41) | ($0.54) | ($0.14) | ($1.96) | ($0.18) | ($0.19) | ($0.20) | ($0.17) | ($0.74) | ($0.73) |
| Other Adjustments | (1,111) | - | - | - | - | - | - | - | - | - | - | - | - |
| **Adjusted EBITDA** | ($1.9) | $2.5 | ($0.3) | $1.6 | ($13.8) | ($7.0) | ($19.4) | ($16.6) | ($18.2) | ($19.0) | ($13.9) | ($67.7) | ($52.7) |
| *Adjusted EBITDA Margin* | -1.5% | 1.5% | -0.5% | 2.8% | -26.2% | -10.0% | -8.5% | -29.8% | -30.7% | -30.4% | -17.9% | -26.5% | -16.6% |

Source: Company reports and Truist Securities estimates

Case 1:22-cv-03545-DLC   Document 73-14   Filed 10/28/22   Page 5 of 10

Case 1:22-cv-03545-DLC   Document 73-14   Filed 10/28/22   Page 6 of 10

## Riskified Balance Sheet
*($. in millions, except per share data; fiscal year ends December)*

**Terry Tillman**
**Truist Securities**
Terry.Tillman@Truist.com | 404-926-5362

| | Dec-19 | Dec-20 | Mar-21 | Jun-21 | Sep-21 | Dec-21 | Mar-22E | Jun-22E | Sep-22E | Dec-22E | Dec-23E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets:** | | | | | | | | | | | |
| **Cash, Cash Equivalents, Short-term Deposits** | $69.7 | $117.6 | $118.9 | $145.2 | $529.5 | $503.3 | $487.7 | $473.3 | $455.8 | $426.5 | $357.0 |
| Restricted Cash | 3.0 | 3.0 | 4.4 | 4.5 | 4.6 | 7.0 | 7.0 | 7.0 | 7.0 | 7.0 | 7.0 |
| Accounts Receivable, Net | 24.7 | 37.2 | 22.5 | 26.1 | 23.5 | 35.5 | 29.8 | 29.6 | 31.2 | 46.8 | 58.6 |
| Prepaid Expenses and Other Current Assets | 3.4 | 5.6 | 8.4 | 9.1 | 15.1 | 19.3 | 10.1 | 8.9 | 6.9 | 7.8 | 10.1 |
| Total Current Assets | 100.9 | 163.5 | 154.1 | 184.9 | 572.7 | 565.1 | 534.622 | 518.8 | 500.8 | 488.0 | 432.7 |
| Property, Plant and Equipment, Net | 4.1 | 4.6 | 4.9 | 5.8 | 10.9 | 17.0 | 17.3 | 18.0 | 18.2 | 18.0 | 17.3 |
| Other Assets | 5.1 | 12.4 | 17.8 | 20.3 | 14.9 | 18.6 | 22.3 | 20.7 | 24.6 | 23.8 | 27.3 |
| **Total Assets** | $110.1 | $180.6 | $176.8 | $210.9 | $598.5 | $600.6 | $574.2 | $557.4 | $543.6 | $529.8 | $477.3 |
| **Liabilities and Stockholders' Equity:** | | | | | | | | | | | |
| Accounts Payable, Accrued Expenses, Other Current | 28.5 | 36.4 | 48.9 | 32.5 | 37.1 | 37.7 | 35.2 | 36.8 | 41.8 | 46.8 | 58.6 |
| Accrued Compensation and Benefits | 8.8 | 15.5 | 12.8 | 16.1 | 18.0 | 24.7 | 20.7 | 23.7 | 27.4 | 27.3 | 35.4 |
| Total Current Liabilities | 37.3 | 51.9 | 61.7 | 48.6 | 55.1 | 62.4 | 55.866 | 60.5 | 69.2 | 74.0 | 94.0 |
| Other Non-Current Liabilities | 2.8 | 3.3 | 7.2 | - | 7.6 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 | 9.4 |
| Warrants to Purchase Convertible Preferred Shares | 5.2 | 9.1 | 32.5 | 54.0 | - | - | - | - | - | - | - |
| **Total Liabilities** | 45.3 | 64.3 | 101.4 | 102.5 | 62.7 | 71.8 | 65.225 | 69.9 | 78.6 | 83.4 | 103.4 |
| Convertible Preferred Shares | 105.4 | 159.6 | 159.6 | 210.1 | - | - | - | - | - | - | - |
| Stockholders' Equity | (40.6) | (43.3) | (84.2) | (101.7) | 535.8 | 528.9 | 509.0 | 487.6 | 465.1 | 446.4 | 373.9 |
| **Total Liabilities and Stockholders' Equity** | $110.1 | $180.6 | $176.8 | $210.9 | $598.5 | $600.6 | $574.2 | $557.4 | $543.6 | $529.8 | $477.3 |
| Total Cash and Investments | 72.7 | 120.7 | 123.3 | 149.7 | 534.1 | 510.3 | 494.7 | 480.3 | 462.8 | 433.5 | 363.9 |
| Total Debt | - | - | - | - | - | - | - | - | - | - | - |
| **Net Cash** | $72.7 | $120.7 | $123.3 | $149.7 | $534.1 | $510.3 | $494.7 | $480.3 | $462.8 | $433.5 | $363.9 |

Source: Company reports and Truist Securities estimates

Case 1:22-cv-03545-DLC   Document 73-14   Filed 10/28/22   Page 7 of 10

**TRUIST HH**
**Truist Securities**

## Riskified Cash Flow Statement
*($ in millions, except per share data; fiscal year ends December)*

**Terry Tillman**
**Truist Securities**
Terry.Tillman@Truist.com | 404-926-5362

| | 2019 | 2020 | 1Q21 Mar-21 | 2Q21 Jun-21 | 3Q21 Sep-21 | 4Q21 Dec-21 | 2021 | 1Q22E Mar-22 | 2Q22E Jun-22 | 3Q22E Sep-22 | 4Q22E Dec-22 | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Activities:** | | | | | | | | | | | | | |
| GAAP Net Income | ($14.2) | ($11.3) | ($43.7) | ($20.5) | ($86.9) | ($23.1) | ($174.1) | ($29.4) | ($31.4) | ($32.6) | ($28.8) | ($122.1) | ($121.3) |
| Depreciation and Amortization | 1.6 | 3.5 | 0.5 | 0.6 | 0.7 | 0.6 | 2.4 | 0.5 | 0.5 | 0.7 | 1.0 | 2.7 | 4.0 |
| Changes in Operating Assets and Liabilities | 4.9 | (9.2) | 5.3 | (2.3) | 0.1 | (8.4) | (5.3) | 4.6 | 7.7 | 5.2 | (10.8) | 6.7 | 2.3 |
| Impairment charge on assets | 0.1 | - | - | 1.8 | 1.7 | (3.27) | 0.3 | - | - | - | - | - | - |
| Gains on insurance proceeds | (0.4) | - | - | - | - | (0.1) | (0.1) | - | - | - | - | - | - |
| Unrealized FX impact | 0.1 | 0.2 | (0.1) | 0.1 | (0.0) | 0.4 | 0.4 | - | - | - | - | - | - |
| Revaluation of Convertible Preferred Shares warrants liabilities | 0.7 | 3.9 | 23.4 | 13.6 | 64.4 | - | 101.4 | - | - | - | - | - | - |
| Revaluation of Convertible Preferred Shares tranche liabilities | (0.2) | 2.0 | 15.9 | 5.4 | - | - | 21.3 | - | - | - | - | - | - |
| Share-based compensation | 11.2 | 7.9 | 2.6 | 2.6 | 8.5 | 19.7 | 33.4 | 9.5 | 9.9 | 10.1 | 10.2 | 39.7 | 48.8 |
| **Cash Flow From Operating Activities** | 3.8 | (3.1) | 3.9 | 1.4 | (11.5) | (14.0) | (20.3) | (14.7) | (13.3) | (16.5) | (28.5) | (73.0) | (66.3) |
| **Investing Activities:** | | | | | | | | | | | | | |
| Insurance Proceeds received related to property & equipment | 0.4 | - | - | - | - | - | - | - | - | - | - | - | - |
| Purchases of property & equipment | (2.1) | (1.5) | (0.4) | (0.7) | (3.1) | (8.0) | (12.3) | (0.8) | (1.2) | (1.0) | (0.8) | (3.8) | (3.3) |
| Purchases of Short Term Deposits | - | - | - | (25.0) | (85.0) | - | (110.0) | - | - | - | - | - | |
| Maturities of Short Term Deposits | - | - | - | 14.0 | 25.0 | 0.1 | 39.1 | - | - | - | - | - | |
| Capitalized Software Development Costs | (0.4) | (1.5) | (0.3) | (0.2) | (0.2) | (0.5) | (1.3) | - | - | - | - | - | - |
| **Cash Flow From Investing Activities** | (2.2) | (3.0) | (0.7) | (11.9) | (63.4) | (8.5) | (84.4) | (0.8) | (1.2) | (1.0) | (0.8) | (3.8) | (3.3) |
| *Free Cash Flow (CFFO - Capex - Cap Software)* | 1.3 | (6.1) | 3.2 | 0.5 | (14.9) | (22.6) | (33.8) | (15.5) | (14.5) | (17.5) | (29.3) | (76.8) | (69.5) |
| **Financing Activities:** | | | | | | | | | | | | | |
| Proceed from issuance of convertible preferred shares and warrants, net of issuance costs, and other financing activities | 45.8 | 54.0 | (0.6) | 25.9 | 399.3 | (1.4) | 423.2 | - | - | - | - | - | - |
| **Cash Flow From Financing Activities** | 45.8 | 54.0 | (0.6) | 25.9 | 399.3 | (1.4) | 423.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net Change in Cash** | $47.5 | $48.0 | $2.6 | $15.4 | $324.4 | ($23.9) | $318.5 | ($15.5) | ($14.5) | ($17.5) | ($29.3) | ($76.8) | ($69.5) |

Source: Company reports and Truist Securities estimates

**Truist Securities**

## Company Description

Headquartered in Tel Aviv, Israel, the company is a leading e-commerce risk management platform provider. Riskified leverages advanced and constantly evolving machine learning models that drives automated decisioning and strong financial outcomes for its enterprise e-commerce customers, including lower operating costs, increased sales and frictionless customer buying experiences. The company's machine learning-based automated decisioning engine powers the company's core chargeback guarantee product and optimizes merchant approval rates. The company has expanded its innovation across additional products that further mitigate e-commerce fraud risk for its merchants customers as well.

## Investment Thesis

**Investment Thesis:** Riskified is leading enterprise-focused e-commerce fraud management vendor that leverages advanced machine learning technology to drive higher sales and reduce fraud and operating costs for merchants while improving consumers' online shopping experiences. Aside from headwinds forecast in 2022 related to European PSD2 mandate, we expect 30%-plus top-line growth over a multi-year period. For investors looking at the convergence of e-commerce, payments and security, we believe RSKD represents an attractive investment. We rate the shares a Buy with a $10 PT.

**Catalysts:** Land-and-expand merchant activity, improvement in COVID-impacted travel and ticketing, new enterprise wins, traction with non-Chargeback Guarantee products and category expansion.

## Valuation and Risks

**Valuation.** We have decreased our price target to $10 from $14 to more fully account for the substantial valuation reduction across all software growth cohorts and company-specific transitory growth headwinds. Our updated PT valuation equates to 3.5x EV/'23E sales. This represents a meaningful discount to 20%-plus and 30%-plus software growers and likely could prove conservative if growth reaccelerates strongly as contemplated in Street models beginning in 2H22 and continuing through 2023. Maintain Buy rating and we note significant valuation discount currently to all software growth cohorts, including sub-20% growers.

**Risks:** Ongoing COVID impact and volatility in merchant GMV, large customer concentration, changes in laws and regulations (e.g. PSD2), higher chargebacks on inaccurate fraud decisioning, foreign issuer status.

## Companies Mentioned in This Note

Saks OFF 5th (Private)
Binance (Private)

## Analyst Certification

I, Terry Tillman , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Truist Securities, Inc. or an affiliate managed or co-managed a securities offering for the following company within the last 12 months: RSKD-US

The following company is a client of Truist Securities, Inc. for investment banking services within the last 12 months: RSKD-US

Truist Securities, Inc. or an affiliate has received compensation for investment banking services within the last 12 months: RSKD-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.

**Truist Securities**

**Rating and Price Target History for: Riskified, Ltd. (RSKD-US) as of 02-22-2022**

| 08/23/21 I:BUY:$35 | 09/09/21 BUY:$38 | 11/16/21 BUY:$23 | 02/22/22 BUY:$14 |

Created by: BlueMatrix

## Truist Securities Ratings System for Equity Securities

**Dissemination of Research**

Truist Securities, Inc. ("Truist Securities") seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://truistresearch.bluematrix.com/client/library.jsp

Please email the Research Department at EquityResearchDepartment@research.truist.com or contact your Truist Securities sales representative.

**Truist Securities Rating System for Equity Securities**

Truist Securities, Inc. ("Truist Securities") rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – Truist Securities does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that Truist Securities' rating and/or target price have been temporarily suspended due to applicable regulations and/or Truist Securities Management discretion. The previously published rating and target price should not be relied upon.

Truist Securities analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Truist Securities Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

Truist Securities ratings distribution (as of 02/23/2022):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 564 | 73.25% | Buy | 164 | 29.08% |
| Hold | 205 | 26.62% | Hold | 65 | 31.71% |
| Sell | 1 | 0.13% | Sell | 0 | 0.00% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. Truist Securities, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over the-counter securities mentioned herein. Opinions expressed are subject to change without notice.

Truist Securities, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

Truist Securities, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. Truist Securities, Inc. is owned by Truist Financial Corporation and affiliated with SunTrust Investment Services, Inc. and BB&T Securities, LLC. Despite this affiliation, securities recommended, offered, sold by, or held at Truist Securities, Inc., SunTrust Investment Services, Inc. or BB&T Securities, LLC (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks. Link: https://truist.bluematrix.com/sellside/Disclosures.action

Please visit the Truist Securities (formerly known as SunTrust Robinson Humphrey) equity research library for current reports and the analyst roster with contact information. Link: https://truistresearch.bluematrix.com/client/library.jsp

Truist Securities, Inc., member FINRA and SIPC. Truist and Truist Securities are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to EquityResearchDepartment@Research.Truist.com

© Truist Securities, Inc. 2022. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, TruistSecurities.com, or by writing to: Truist Securities, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070