Joshua Baker
jbaker@rosenlegal.com

November 14, 2022

**VIA ECF**

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, NY 10007

> Re:    *In re Riskified Ltd. Securities Litigation*
> <u>Case No. 1:22-cv-03545-DLC</u>

Dear Judge Cote:

I represent Lead Plaintiff Craig Black and named plaintiff Diva Joshi (together, "Plaintiffs") in the above-referenced putative securities class action. I write jointly with the undersigned counsel for Defendants regarding Plaintiffs' intent to further amend their complaint and the parties' stipulated briefing schedule for Defendants' anticipated motion to dismiss.

The Court's Order dated August 17, 2022 (Dkt. No. 45) set a schedule for various pleading and motion events. The Court's Order dated August 26, 2022 (Dkt. No. 64) granted the parties' request for an extension of those dates. Plaintiffs timely filed their amended complaint on September 15, 2022 (Dkt. No. 65). Defendants timely filed their motion to dismiss the amended complaint on October 28, 2022 (Dkt. Nos. 71-73).

Plaintiffs intend to further amend their complaint in response to Defendants' motion, as contemplated by the Court's Orders. Pursuant to the operative scheduling order, Plaintiffs will file their second amended complaint on or by November 28, 2022.

The prior Orders did not provide a briefing schedule for Defendants' anticipated motion to dismiss Plaintiffs' second amended complaint. Counsel for Plaintiffs conferred with counsel for Defendants and proposed a briefing schedule with the same intervals as the operative schedule, with Defendants' motion due January 10, 2023, Plaintiffs' opposition due February 10, 2023, and Defendants' reply due February 27, 2023. Counsel for Defendants requested a 10-day extension of those proposed dates due to long-planned vacations and the intervening holidays, to which counsel for Plaintiffs agreed. The parties thus jointly stipulate, subject to the Court's approval or modification, to the following briefing schedule for Defendants' anticipated motion to dismiss Plaintiffs' second amended complaint:

1. Defendants shall answer, move to dismiss, or otherwise respond to Plaintiffs' second amended complaint by January 20, 2023.

2. If Defendants file a motion to dismiss the second amended complaint, Plaintiffs' opposition to the motion shall be due by February 20, 2023, and Defendants' reply shall be due by March 9, 2023.

A proposed order entering the stipulated schedule is attached hereto. We thank the Court for its prompt attention to this matter.

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/Joshua Baker*

Laurence M. Rosen
Phillip Kim
Joshua Baker
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
        pkim@rosenlegal.com
        jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/Daniel S. Sinnreich*

Daniel S. Sinnreich
Audra J. Soloway
1285 Avenue of the Americas
New York, NY 10019
Telephone: 212-373-3000
Fax: 212-757-3990
Email: dsinnreich@paulweiss.com
        asoloway@paulweiss.com

*Counsel for Defendants Riskified Ltd., Eido Gal, Assaf Feldman, Aglika Dotcheva, Jennifer Ceran, Eyal Kishon, Aaron Mankovski, Erez Shachar, and Tanzeen Syed*

**SIMPSON THACHER & BARTLETT LLP**

By: */s/Craig S. Waldman*

Jonathan K. Youngwood
Craig S. Waldman
425 Lexington Avenue
New York, NY 10017
Telephone: 212-455-2000
Fax: 212-455-2502
Email: jyoungwood@stblaw.com
        cwaldman@stblaw.com

*Counsel for Defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Credit Suisse Securities (USA) LLC, Barclays Capital Inc., KeyBanc Capital Markets Inc., Piper Sandler & Co., Truist Securities, Inc., William Blair & Company, L.L.C., Loop*

*Capital Markets LLC, Samuel A. Ramirez & Company, Inc., Siebert Williams Shank & Co., LLC and Stern Brothers & Co.*

cc:     All counsel of record (via ECF)

Encl.