UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE RISKIFIED LTD. SECURITIES LITIGATION | Case No.: 1:22-cv-03545-DLC<br><br>**[PROPOSED] SCHEDULING ORDER**<br><br>CLASS ACTION |

WHEREAS, the Court has reviewed the parties' letter and stipulation proposing a briefing schedule for Defendants' anticipated motion to dismiss Plaintiffs' forthcoming second amended complaint, and good cause appearing therefore; **IT IS HEREBY ORDERED THAT:**

1. Defendants shall answer, move to dismiss, or otherwise respond to Plaintiffs' second amended complaint by January 20, 2023.

2. If Defendants file a motion to dismiss the second amended complaint, Plaintiffs' opposition to the motion shall be due by February 20, 2023, and Defendants' reply shall be due by March 9, 2023.

Dated: _____        _____

HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE