# EXHIBIT 11

Equity Research
**Financial Services and Technology | Financial Technology**



November 16, 2021

**Robert Napoli**  +1 312 364 8496
bnapoli@williamblair.com

**Cristopher Kennedy, CFA**  +1 312 364 8596
ckennedy@williamblair.com

**Adib Choudhury**  +1 212 237 2758
achoudhury@williamblair.com

**Spencer James**  +1 312 364 8916
sjames@williamblair.com

# Riskified Ltd.

## Mixed Quarter, Reducing 2022 Revenue Growth Primarily on Supply Chain, but Also PSD2; Opportunity Remains Large

**Riskified reported its first full quarter as a public company; results were in line and commentary was mixed.** Total revenue increased by 26% year-over-year, to $52.5 million (versus our $51.5 million estimate), and adjusted EBITDA losses totaled $13.8 million (versus our $17.3 million loss estimate). The sequential deceleration in revenue growth reflects a combination of PSD2 (which was expected), supply-chain issues (management called out merchants in the luxury/high-fashion verticals), and overall pressure on underlying e-commerce volumes as the world reopens. Adjusted gross margin came in at roughly 47% (versus our 48% estimate). While the third quarter is a seasonally lower period, gross margin declined roughly 600 basis points year-over-year, driven by changing merchant mix (onboarded large merchants in new industries like payments) and the rebound in volumes for the higher-risk tickets and travel vertical, which were less pronounced in the prior-year period due to COVID. As a reminder, the majority of cost of goods sold are related to chargeback expenses from transactions approved through the Riskified platform.

**Full year 2021 guidance slightly raised, incorporates third-quarter results and supply chain pressures.** For full year 2021, management now estimates revenue between $226.2 million and $227.2 million (versus our $225.0 million estimate) and adjusted EBITDA losses between $24.5 million and $25.5 million (versus our $25.5 million loss estimate). Management commented that the guide incorporates a "cautious stance" for the fourth quarter given the supply-chain issues and PSD2 transition.

**PSD2 and any ongoing supply chain/e-commerce pressures are expected to weigh on results through the first half of next year.** As previously expected, the growth trend will likely continue to decelerate into the first and second quarter of next year as PSD2 implementations continue and supply-chain issues linger. We expect revenue growth will then reaccelerate to more normalized levels in the second half of next year and especially in 2023.

**Management provided additional clarity on Riskified's normalized growth algorithm.** We believe Riskified can grow revenue at a 25% to 30% rate over the long term. The business model benefits greatly from growth in the underlying e-commerce market, which is expected to grow at a 10% to 15% annual clip. Management believes that it can drive an incremental 15% in growth through a combination of net new logo additions, expansion within existing customers, and success in cross-sell.

**Key business highlights:** Riskified 1) processed more than $100 million of GMV in the LTM for end-consumers in 25 different countries (versus 20 in the second quarter); 2) executed a master agreement with LVMH and onboarded the flagship Louis Vuitton brand; 3) deployed Policy Protect module for an existing chargeback guarantee merchant with over $10 billion in annual e-commerce volume.

Riskified's fraud-management platform helps some of the world's largest e-commerce merchants manage their chargebacks. Riskified delivers tangible ROI by improving merchant sales and reducing costs and customer friction.

| | | | |
|---|---|---|---|
| Stock Rating: | | | **Outperform** |

| | |
|---|---|
| Symbol: | RSKD (NYSE) |
| Price: | $17.68 (52-Wk.: $17-$40) |
| Market Value (M): | $2,784 |
| Dividend/Yield: | $0.00/0.00% |
| Fiscal Year End: | December |

| | | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| **Estimates** | | | | |
| FY | | - | - | - |
| Sales (M) | Q1 | $51.1 | $50.2 | $63.4 |
| | Q2 | $55.7 | $57.0 | $72.0 |
| | Q3 | $52.5 | $61.1 | $77.2 |
| | Q4 | $67.8 | $83.3 | $105.3 |
| | FY | $227.1 | $251.6 | $317.9 |
| **Valuation** | | | | |
| EV/Sales | | 7.1x | 6.4x | 5.0x |

**Trading Data (FactSet)**



| | |
|---|---|
| Shares Outstanding (M): | 157.5 |
| Float (M): | 31.8 |
| Avg. Daily Volume (90-day): | 874,684 |

**Financial Data (FactSet)**



| | |
|---|---|
| Book Value Per Share (MRQ): | $(0.95) |
| Enterprise Value (M): | $1,605 |

**Two-Year Price Performance Chart**

Sources: FactSet, William Blair & Company estimates

**Please refer to important disclosures on pages 4 – 6. Analyst certification is on page 4.**

**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

**Reducing revenue growth in 2022, accelerating growth to 26% in 2023.** Following the third-quarter results and management's new guide, we are increasing our 2021, 2022, and 2023 revenue estimates to $227 million (previously $225 million), $252 million (previously $270 million), and $318 million (previously $347 million), respectively. We are improving our 2021 adjusted EBITDA to a loss of $24.7 million (previously $25.5 million loss) and our 2022 adjusted EBITDA to a loss of $54.7 million (previously $56.4 million loss). We are maintaining our 2023 adjusted EBITDA loss at $45 million. Riskified ended the third quarter with $530 million of cash on the balance sheet and no debt. We expect Riskified to continue heavy investment in R&D (for new products and improvements of current products) and sales and marketing (for global expansion).

**Stock thoughts and risks.** Over the last nine years, Riskified has developed what we believe is a robust machine learning platform, built from the ground up on the chargeback guarantee model, dedicated to minimizing online payments risk. In our view, Riskified's business benefits from significant network effects, aggregating data from some of world's largest online merchants across a diverse set of verticals. Three of the 10 largest global e-commerce merchants use the Riskified platform today. We believe Riskified delivers meaningful ROI for its customers by increasing merchant sales, reducing operational and chargeback costs, and improving the overall consumer experience. Riskified shares are trading at 17 times 2021 and 16 times 2022 gross profit and 9 times and 8.5 times 2021 and 2022 revenue, intraday. Key risks include liability risk as a guarantee vendor, maintaining tech innovation, PSD2, internal execution, deceleration in e-commerce market growth, supply chain disruption, and competition.

**For additional details on Riskified, see our August 2021 initiation report: Next-Generation Fraud-Management Platform Empowering Growth in E-commerce; Initiating Coverage With an Outperform Rating.**

**ESG considerations.** For the purposes of our ESG analysis, we evaluate Riskified based on the SASB standards for companies in the software and IT services industry. According to the SASB standards, the primary considerations facing the industry include: 1) environmental footprint of hardware infrastructure; 2) data privacy and freedom of expression; 3) data security; 4) recruiting and managing a global, diverse, and skilled workforce; 5) IP protection and anticompetitive behavior; and 6) managing systemic risks from technology disruptions.

Riskified provides fraud-management solutions to large enterprise merchants selling online, which we believe facilitates the growth of more environmentally friendly forms of commerce such as digital payments. We believe Riskified's solutions increase the payment approval rates of those frequently declined during online transactions, increasing accessibility of the digital economy. In delivering its solutions, Riskified uses third-party cloud-based infrastructure, which we believe offers more energy-efficient hosting than other methods. We believe the company's providers, such as Amazon Web Services, offer a high degree of data security and minimize risk. Riskified has a strong record of data security, reliability, and resiliency and is compliant with all applicable regulations in the jurisdictions in which it operates. We believe Riskified's global presence promotes a diverse workforce and the company has received multiple accolades for its high-quality work environment. Two members of the executive team (CFO and COO) and one of the seven directors sitting on Riskified's board are women.

William Blair

**Riskified**
**Earnings Model**
($ in millions, except per share data)
11/16/2021 12:04

Robert P. Napoli (312) 364-8496
Cris D. Kennedy, CFA (312) 364-8596
Adib Choudhury (212) 237-2758
Spencer B. James (224) 221-4518

| (Dec fiscal year-end) | FY19 | Mar 1Q20 | Jun 2Q20 | Sept 3Q20 | Dec 4Q20 | FY20 | Mar 1Q21 | Jun 2Q21 | Sept 3Q21 | Dec 4Q21E | FY21E | Mar 1Q22E | Jun 2Q22E | Sept 3Q22E | Dec 4Q22E | FY22E | FY23E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | 130.6 | 33.2 | 37.8 | 41.7 | 57.0 | 169.7 | 51.1 | 55.7 | 52.5 | 67.8 | 227.1 | 50.2 | 57.0 | 61.1 | 83.3 | 251.6 | 317.9 |
| *Y/Y growth* | 76% | 9% | 23% | 38% | 46% | 30% | 54% | 47% | 26% | 19% | 34% | -2% | 2% | 16% | 23% | 11% | 26% |
| Total cost of revenue (non-GAAP) | 64.8 | 15.7 | 17.6 | 19.6 | 23.8 | 76.8 | 22.3 | 22.2 | 28.0 | 33.2 | 105.7 | 22.1 | 26.8 | 31.2 | 37.5 | 117.5 | 146.9 |
| **Gross profit (non-GAAP)** | 65.7 | 17.5 | 20.2 | 22.0 | 33.2 | 92.9 | 28.8 | 33.5 | 24.5 | 34.6 | 121.3 | 28.1 | 30.2 | 30.0 | 45.8 | 134.1 | 171.0 |
| Gross profit margin | 50.3% | 52.7% | 53.3% | 52.9% | 58.2% | 54.7% | 56.3% | 60.2% | 46.7% | 51.0% | 53.4% | 56.0% | 53.0% | 49.0% | 55.0% | 53.3% | 53.8% |
| *Operating expenses (non-GAAP)* | | | | | | | | | | | | | | | | | |
| Total adj. operating expense | 67.6 | 20.6 | 21.3 | 23.8 | 24.7 | 90.4 | 29.0 | 31.9 | 38.3 | 46.8 | 146.0 | 40.1 | 45.6 | 51.4 | 51.7 | 188.7 | 215.7 |
| *Y/Y growth* | | 43.2% | 33.7% | 33.8% | 26.5% | 33.6% | 41.1% | 50.0% | 60.7% | 89.2% | 61.5% | 38.2% | 42.7% | 34.2% | 10.5% | 29.3% | 14.3% |
| **Adjusted EBITDA** | (1.9) | (3.1) | (1.1) | (1.8) | 8.5 | 2.5 | (0.3) | 1.6 | (13.8) | (12.2) | (24.7) | (12.0) | (15.4) | (21.4) | (5.8) | (54.7) | (44.7) |
| *Y/Y growth* | | -198.7% | 7.1% | -57.4% | 5471.1% | -229.9% | -91.3% | -237.1% | 677.4% | -243.5% | -1087.8% | 4343.4% | -1089.3% | 55.5% | -52.2% | 121.5% | -18.2% |
| Adj. EBITDA margin | -1.5% | -9.3% | -3.0% | -4.2% | 14.9% | 1.5% | -0.5% | 2.8% | -26.2% | -18.0% | -10.9% | -24.0% | -27.0% | -35.0% | -7.0% | -21.7% | -14.1% |
| *Other expense / (income)* | | | | | | | | | | | | | | | | | |
| Depreciation and amortization | 0.7 | 0.3 | 0.3 | 0.3 | 0.4 | 1.4 | 0.5 | 0.6 | 0.7 | 0.9 | 2.7 | 1.0 | 1.0 | 1.0 | 1.1 | 4.1 | 4.9 |
| Share-based compensation | 11.2 | 0.5 | 6.2 | 0.6 | 0.6 | 7.9 | 2.6 | 2.6 | 8.5 | 8.1 | 21.8 | 9.5 | 9.9 | 10.1 | 10.2 | 39.7 | 48.9 |
| **GAAP operating income / (loss)** | (13.9) | (3.9) | (7.7) | (2.7) | 7.4 | (6.8) | (3.3) | (1.7) | (22.9) | (21.2) | (49.1) | (22.5) | (26.3) | (32.5) | (17.1) | (98.5) | (98.5) |
| Interest expense / (income) | (0.1) | (0.0) | (0.1) | (0.0) | (0.0) | (0.1) | (0.0) | (0.0) | (0.1) | (0.1) | (0.4) | (0.1) | (0.1) | (0.1) | (0.1) | (0.6) | (0.6) |
| Change in fair value | | | | | | | | 14.5 | 111.2 | | 122.9 | | | | | | |
| Other expense / (income) | (0.1) | (6.1) | (0.4) | 7.7 | 2.4 | 3.6 | 39.7 | 18.6 | 64.6 | 0.0 | 122.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total other expense | (0.2) | (6.1) | (0.4) | 7.7 | 2.3 | 3.5 | 39.7 | 18.5 | 64.5 | (0.1) | 122.5 | (0.1) | (0.1) | (0.1) | (0.1) | (0.6) | (0.6) |
| **GAAP pretax income / (loss)** | (13.7) | 2.3 | (7.2) | (10.4) | 5.1 | (10.3) | (43.0) | (20.2) | (87.4) | (21.1) | (171.6) | (22.4) | (26.1) | (32.4) | (17.0) | (97.9) | (97.9) |
| Tax provision | 0.5 | 0.0 | 0.0 | 0.3 | 0.7 | 1.1 | 0.6 | 0.3 | (0.5) | (0.3) | 0.1 | (0.2) | (0.1) | (0.0) | 1.1 | 0.7 | 15.0 |
| *Tax rate* | -3.5% | 0.0% | -0.4% | -3.0% | 14.4% | -10.5% | -1.4% | -1.5% | 0.6% | 1.5% | 0.0% | 1.0% | 0.5% | 0.1% | -6.3% | -0.7% | -15.3% |
| **GAAP net income(loss)-continuing** | (14.2) | 2.3 | (7.3) | (10.7) | 4.3 | (11.3) | (43.7) | (20.5) | (86.9) | (20.7) | (171.7) | (22.2) | (26.0) | (32.3) | (18.1) | (98.6) | (112.9) |
| Other comprehensive losses | | | | | | | | | | | | | | | | | |
| **Net income/(loss) - GAAP** | (14.2) | 2.3 | (7.3) | (10.7) | 4.3 | (11.3) | (43.7) | (20.5) | (86.9) | (20.7) | (171.7) | (22.2) | (26.0) | (32.3) | (18.1) | (98.6) | (112.9) |
| Basic shares | | | 14.0 | 14.1 | | | | 14.5 | 111.2 | | 185.5 | | | | | 185.5 | 185.5 |
| Diluted shares | | | 14.0 | 14.1 | | | | 14.5 | 111.2 | | 185.5 | | | | | 185.5 | 185.5 |
| **GAAP EPS** | | | $ (0.52) | $ (0.76) | | | | $ (1.41) | $ (0.78) | | | | | | | | |
| *Net income adjustments* | | | | | | | | | | | | | | | | | |
| +stock-based compensation | 0.7 | 0.3 | 0.3 | 0.3 | 0.4 | 1.4 | 0.5 | 0.6 | 0.7 | 0.9 | 2.7 | 1.0 | 1.0 | 1.0 | 1.1 | 4.1 | 4.9 |
| +depreciation and amortization | 11.2 | 0.5 | 6.2 | 0.6 | 0.6 | 7.9 | 2.6 | 2.6 | 8.5 | 8.1 | 21.8 | 9.5 | 9.9 | 10.1 | 10.2 | 39.7 | 48.9 |
| +other | | | | | | | | | 64.4 | | | | | | | | |
| Total adjustments | 12.0 | 0.8 | 6.5 | 0.9 | 1.1 | 9.3 | 3.1 | 3.2 | 73.6 | 9.0 | 24.4 | 10.5 | 10.9 | 11.1 | 11.3 | 43.8 | 53.8 |
| Adjusted net income | (2.2) | 3.0 | (0.7) | (9.8) | 5.4 | (2.0) | (40.6) | (17.3) | (13.3) | (11.7) | (147.3) | (11.7) | (15.1) | (21.2) | (6.8) | (54.8) | (59.1) |
| *Y/Y growth* | | 8% | -30% | 109% | 677% | -8% | -1448% | 2264% | 36% | -316% | 7114% | -71% | -13% | 60% | -42% | -63% | 8% |
| **Adjusted EPS** | | | | | | | | | | | | | | | | | |
| *Y/Y growth* | | | | | | | | | | | | | | | | | |
| *Net income to adjusted EBITDA* | | | | | | | | | | | | | | | | | |
| Net Income (Loss) | (14.2) | 2.3 | (7.3) | (10.7) | 4.3 | (11.3) | (43.7) | (20.5) | (86.9) | (20.7) | (171.7) | (22.2) | (26.0) | (32.3) | (18.1) | (98.6) | (112.9) |
| Interest Expense, net | (0.1) | (0.0) | (0.1) | (0.0) | (0.0) | (0.1) | (0.0) | (0.0) | (0.1) | (0.1) | (0.4) | (0.1) | (0.1) | (0.1) | (0.1) | (0.6) | (0.6) |
| Tax Expense (Benefit) | 0.5 | 0.0 | 0.0 | 0.3 | 0.7 | 1.1 | 0.6 | 0.3 | (0.5) | (0.3) | 0.1 | (0.2) | (0.1) | (0.0) | 1.1 | 0.7 | 15.0 |
| Depreciation & Amortization | 0.7 | 0.3 | 0.3 | 0.3 | 0.4 | 1.4 | 0.5 | 0.6 | 0.7 | 0.9 | 2.7 | 1.0 | 1.0 | 1.0 | 1.1 | 4.1 | 4.9 |
| Other | (0.1) | (6.1) | (0.4) | 7.7 | 2.4 | 3.6 | 39.7 | 18.6 | 64.6 | 0.0 | 122.9 | 0.0 | 0.0 | 0.0 | 0.0 | - | - |
| EBITDA | (13.2) | (3.6) | (7.4) | (2.4) | 7.9 | (5.4) | (2.8) | (1.0) | (22.3) | (20.3) | (46.4) | (21.5) | (25.3) | (31.5) | (16.0) | (94.4) | (93.6) |
| Stock-based Compensation | 11.2 | 0.5 | 6.2 | 0.6 | 0.6 | 7.9 | 2.6 | 2.6 | 8.5 | 8.1 | 21.8 | 9.5 | 9.9 | 10.1 | 10.2 | 39.7 | 48.9 |
| **Adjusted EBITDA** | (1.9) | (3.1) | (1.1) | (1.8) | 8.5 | 2.5 | (0.3) | 1.6 | (13.8) | (12.2) | (24.7) | (12.0) | (15.4) | (21.4) | (5.8) | (54.7) | (44.7) |
| *Y/Y growth* | | -199% | 7% | -57% | 5471% | -230% | -91% | -237% | 677% | -243% | -1088% | 4343% | -1089% | 56% | -52% | 122% | -18% |
| % of revenues | -1.5% | -9.3% | -3.0% | -4.2% | 14.9% | 1.5% | -0.5% | 2.8% | -26.2% | -18.0% | -10.9% | -24.0% | -27.0% | -35.0% | -7.0% | -21.7% | -14.1% |

https://williamblair.bluematrix.com/sellside/Disclosures.action?ajax&page=ajax/williamblairDisclosures.jsp&firmId=18877&companySymbol=RSKD

William Blair

## IMPORTANT DISCLOSURES

William Blair or an affiliate was a manager or co-manager of a public offering of equity securities for Riskified Ltd. within the prior 12 months.

William Blair or an affiliate is a market maker in the security of Riskified Ltd..

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Riskified Ltd. or an affiliate within the next three months.

William Blair or an affiliate received compensation for investment banking services or non-investment-banking services from Riskified Ltd. within the last 12 months. Riskified Ltd. is or was, within the last 12 months, an investment banking client of William Blair & Company and/or one or more of its affiliates.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Riskified Ltd..

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Robert Napoli attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 36087.40
S&P 500: 4682.80
NASDAQ: 15853.80



**Riskified Ltd. Rating History as of 11/15/2021**
powered by: BlueMatrix

Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of November 16, 2021):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 76 | Outperform (Buy) | 32 |
| Market Perform (Hold) | 24 | Market Perform (Hold) | 12 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

William Blair

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2021, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

5 | Robert Napoli +1 312 364 8496

*William Blair*

# Equity Research Directory

**John F. O'Toole, Partner    Manager and Director of Research    +1 312 364 8612**
**Kyle Harris, CFA, Partner    Operations Manager    +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner    +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner    +1 312 364 8697**
*Consumer Products*

**Dylan Carden    +1 312 801 7857**
*Consumer Technology, Specialty Retail*

**Daniel Hofkin    +1 312 364 8965**
*Hardlines, Specialty Retail*

**Ryan Sundby, CFA    +1 312 364 5443**
*Outdoor and Recreation*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner    +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner    +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA    +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt    +1 312 364 8106**
*Financial Services Distributors, Property & Casualty Insurance*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner    +1 415 248 2870**
Group Head–Biotechnology
*Biotechnology*

**Andy T. Hsieh, Ph.D., Partner    +1 312 364 5051**
*Biotechnology*

**Myles R. Minter, Ph.D.    +1 312 364 5283**
*Biotechnology*

**Matt Phipps, Ph.D., Partner    +1 312 364 8602**
*Biotechnology*

**Raju Prasad, Ph.D., Partner    +1 312 364 8469**
*Biotechnology*

### Healthcare Technology and Services

**Ryan Daniels, CFA, Partner    +1 312 364 8418**
Co-Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**John Kreger, Partner    +1 312 364 8597**
Co-Group Head–Healthcare Technology and Services
*Distribution, Outsourcing, Pharmacy Benefit Management*

**Andrew F. Brackmann    +1 312 364 8776**
*Medical Technology*

**Margaret Kaczor, CFA, Partner    +1 312 364 8608**
*Medical Technology*

### Life Sciences

**Brian Weinstein, CFA, Partner    +1 312 364 8170**
Group Head–Life Sciences
*Diagnostics, Life Science Tools, Medical Technology*

**Matt Larew    +1 312 364 8242**
*Healthcare Delivery, Life Science Tools*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Nick Heymann    +1 212 237 2740**
Co-Group Head–Global Industrial Infrastructure
*Multi-industry*

**Larry De Maria, CFA    +1 212 237 2753**
Co-Group Head–Global Industrial Infrastructure
*Capital Goods*

**Louie DiPalma, CFA    +1 312 364 5437**
*Aerospace, Defense, and Government Software*

**Brian Drab, CFA, Partner    +1 312 364 8280**
*Industrial Technology*

**Ryan Merkel, CFA    +1 312 364 8603**
*Building Products, Specialty Distribution*

## GLOBAL SERVICES

**Tim Mulrooney    +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA    +1 312 364 8689**
*Consulting, HR Technology, Information Services*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner    +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Bhavan Suri, Partner    +1 312 364 5341**
Co-Group Head–Technology, Media, and Communications
*IT Services, Software, Software as a Service*

**Arjun Bhatia, CPA    +1 312 364 5696**
*Software as a Service*

**Jim Breen, CFA    +1 617 235 7513**
*Internet Infrastructure and Communication Services*

**Jonathan Ho, Partner    +1 312 364 8276**
*Cybersecurity, Security Technology*

**Kamil Mielczarek, CFA    +1 212 237 2714**
*Software*

**Maggie Nolan, CPA    +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA    +1 312 364 8694**
*Software as a Service*

**Ralph Schackart III, CFA, Partner    +1 312 364 8753**
*Digital Media, Internet*

**Stephen Sheldon, CFA, CPA    +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler    +1 212 237 2755**
*Software, Software as a Service*

**Alessandra Vecchi    +1 212 237 2764**
*Semiconductors/Wireless*

## ECONOMICS

**Richard de Chazal, CFA    +44 20 7868 4489**

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA    +1 312 364 8540**
**Audrey Majors, Editor and SA    +1 312 364 8992**
**Beth Pekol Porto, Editor and SA    +1 312 364 8924**
**Lisa Zurcher, Editor and SA    +44 20 7868 4549**