# EXHIBIT 13

# PIPER | SANDLER

COMPANY NOTE
February 23, 2022

## Riskified Ltd. (RSKD)                    Neutral

### PSD2 Headwinds Overshadow New Customer Traction; Growth to Trough in 2Q22

## CONCLUSION

Solid execution despite PSD2 headwinds and supply chain constraints contributed to a $2.5M top-line beat on 22% y/y growth. While the continuation of these headwinds could pressure growth to below 10% y/y in 1H22, strong new customer momentum and 99% customer retention suggests the company is well-positioned for a growth recovery into 2H22 and 2023, in part on easier comparisons. New disclosure that it has captured 23% penetration of the fraud risk volume at existing customers (an incremental $300B GMV opportunity) hints at the upside potential just within the existing installed base. While we remain at Neutral given the timing and magnitude of a recovery are difficult to predict, we acknowledge the risk-reward on RSKD has turned more favorable with $2.33/share in cash and 2.2x CY23 EV/S (vs. average cloud buy-out multiple of 7.3x NTM EV/S).

- **Reports $2.5M of Q4 upside on seasonality and solid execution.** Riskified reported revenue pf $69.8M increasing 22% y/y (vs. 26% last quarter), representing $2.5M upside to Street estimates. GMV processed increased 23% y/y (vs. 28% last quarter), coming in at $27.8B vs. Street estimates of $24.8B. Gross margin improved to 52.8%, exceeding Street estimates of 49.7% driven by seasonal increase to legitimate shopping volumes and seasonal decrease of digital travel activity. Adjusted EBITDA came in at a loss of $7.0M on various growth investments and incremental public company costs.

- **Platform ROI is resonating and driving new customer traction.** Business highlights in the quarter included product expansion into ACH payments. Notable customer additions included: Binance, a global remittance and payments company with $5B+ in annual revenue, one of the five largest global omnichannel retailers, and one of the five largest global travel retailers.

- **Growth set to trough in 1H22.** FY22 guidance implies 11.5% growth at the midpoint, 16 percentage points below the mid-point of the long-term growth target of 25-30% negatively impacted by roughly an 11% drag from PSD2 and 5% point drag from eCommerce supply constraints. We are modeling growth to trough below 10% during Q2, but reaccelerate above 15% exiting 2022 and return to 20%+ growth in 2023. Given strong new customer traction, investments into new products, and international expansion, adjusted EBITDA loss could widen to ($69M)-($66M). We are raising our revenue estimate by $2M but lowering our adjusted EBITDA estimate by $17M to ($67M).

- **Maintain at Neutral.** We remain at Neutral and are lowering our PT to $10, applying a target EV/FCF multiple of 18x (vs. 26x prior), given the precise timing and magnitude of a recovery are difficult to predict. That said, we acknowledge the risk-reward on RSKD has turned more favorable with $2.33/share in cash and 2.2x CY23 EV/S.

## RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION
Data breach, competition, regulatory changes, rapidly changing fraud patterns, turnover.

## COMPANY DESCRIPTION
Machine learning platform processing eCommerce risk across $80B+ GMV.

**PRICE: US$6.65**
**TARGET: US$10.00**
18x CY27E EV/FCF, discounted back 4 years by 12%. This equates to an implied 10x EV/GP and 5x EV/Sales multiple on CY23E estimates (with $356M in net cash and 191M shares).

**Brent A. Bracelin**
Sr. Research Analyst, Piper Sandler & Co.
503 275-8316, brent.bracelin@psc.com

**Clarke Jeffries**
Sr. Research Analyst, Piper Sandler & Co.
503 275-8318, clarke.jeffries@psc.com

**Hannah Rudoff**
Research Analyst, Piper Sandler & Co.
503 275-8313, hannah.rudoff@psc.com

**Mauro Molina**
Research Analyst, Piper Sandler & Co.
503 275-8330, mauro.molina@psc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Neutral |
| Price Tgt | US$14.00 | US$10.00 |
| FY22E Rev (mil) | US$252.8 | US$254.8 |
| FY23E Rev (mil) | US$310.8 | US$311.8 |
| FY22E EPS | US$(0.39) | US$(0.44) |
| FY23E EPS | US$(0.42) | US$(0.27) |

| | |
|---|---|
| 52-Week High / Low | US$40.48 / US$5.87 |
| Shares Out (mil) | 185.5 |
| Market Cap. (mil) | US$1,233.3 |
| Avg Daily Vol (000) | 1,246 |
| Div Yield | 0.00% |
| Fiscal Year End | Dec |

**Price Performance - 1 Year**



*Source: Bloomberg*

| YEAR | REVENUE (US$ m) | | | | | | EARNINGS PER SHARE (US$) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | FY | FY RM | Mar | Jun | Sep | Dec | FY | FY P/E |
| 2021A | 51.1 | 55.7 | 52.5 | 69.8 | 229.1 | 5.4x | (0.11) | 0.03 | (0.09) | (0.05) | (0.14) | NM |
| 2022E | 57.4 | 57.6 | 57.2 | 82.6 | 254.8 | 4.8x | (0.10) | (0.12) | (0.12) | (0.10) | (0.44) | NM |
| 2023E | 69.1 | 69.8 | 69.6 | 103.2 | 311.8 | 4.0x | (0.07) | (0.08) | (0.08) | (0.04) | (0.27) | NM |

Piper Sandler does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst Certification, found on pages 6 - 7 of this report or at the following site: http://www.pipersandler.com/researchdisclosures.

**PIPER | SANDLER**

## Key Performance Indicators

| | | | | Fiscal Quarters | | | | | | Trend | Prior | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Key Operating Metrics** | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 1Q21 | 2Q21 | 3Q21 | 4Q21 | | | 4-Qtr Avg | 8-Qtr Avg |
| Revenue | $33.2 | $37.8 | $41.7 | $57.0 | $51.1 | $55.7 | $52.5 | $69.8 | | | | |
| Revenue Growth (y/y) | 8.7% | 22.5% | 38.1% | 46.4% | 53.9% | 47.3% | 26.0% | 22.4% | | | 43% | 35% |
| GMV ($B) | $10.7 | $13.8 | $16.3 | $22.6 | $18.9 | $21.5 | $20.9 | $27.8 | | | | |
| GMV Growth (y/y) | - | - | - | 65.0% | 76.6% | 55.4% | 28.0% | 23.1% | | | 56% | - |
| Non-GAAP Gross Margin | 52.6% | 53.3% | 52.8% | 58.2% | 56.1% | 59.9% | 46.4% | 52.8% | | | 55% | 54% |
| Adjusted EBITDA | ($3.1) | ($1.1) | ($1.8) | $8.5 | ($0.3) | $1.6 | ($13.8) | ($7.0) | | | | |
| Adjusted EBITDA Margin | -9.3% | -3.0% | -4.2% | 14.9% | -0.6% | 2.8% | -26.2% | -10.0% | | | -2% | -3% |

*Source: Company Reports, Piper Sandler*

## Valuation

### Our Case

| | Base CY27E | Bull CY27E | Bear CY27E |
|---|---|---|---|
| Estimated Revenue (000s) | $758 | $1,110 | $605 |
| Estimated FCF (000s) | $136 | $222 | $79 |
| Estimated % FCF margin | 18.0% | 20.0% | 13.0% |
| Discount rate | 12% | 12% | 12% |
| Discount period by year | 4 | 4 | 4 |
| Discounted FCF | $87 | $141 | $50 |
| Assumed EV/FCF multiple | 18.0x | 30.0x | 12.0x |
| Enterprise value | $1,561 | $4,233 | $600 |
| Net cash (debt) | $356 | $356 | $356 |
| Fully diluted share count | 191 | 191 | 191 |
| Annual dilution | 1% | 1% | 1% |
| **Share value** | **$10** | **$24** | **$5** |
| **% upside** | **66%** | **298%** | **-17%** |
| *Implied EV/S (CY23E)* | *5.0x* | *10.9x* | *2.0x* |
| *Implied EV/GP (CY23E)* | *9.8x* | *47.0x* | *12.1x* |
| *Current CY23 EV/S* | *2.2x* | *1.8x* | *2.3x* |
| *Current CY23 EV/GP* | *4.3x* | *3.3x* | *4.6x* |

*Sources: Piper Sandler Estimates, % upside based on intraday price*

### Commerce Peers

| Ticker | 2/23/22 Price | 2022E Rev Growth | 2022E GP Growth | 2022E GM% | 2022 EV/GP | 2023 EV/GP | 2022 EV/S | 2023 EV/S |
|---|---|---|---|---|---|---|---|---|
| AVDX | $9.25 | 24% | 29% | 59% | 9.1x | 7.1x | 5.6x | 4.6x |
| BIGC | $23.75 | 28% | 26% | 80% | 7.7x | 6.4x | 6.0x | 5.0x |
| AVLR | $94.96 | 23% | 22% | 73% | 13.0x | 15.9x | 9.5x | 7.8x |
| TWLO | $159.17 | 36% | 34% | 53% | 12.7x | 9.7x | 6.7x | 5.2x |
| SPSC | $123.00 | 15% | 16% | 67% | 14.4x | 32.5x | 9.8x | 8.5x |
| EVCM | $11.76 | 23% | 26% | 67% | 9.4x | 8.1x | 6.5x | 5.6x |
| SQSP | $27.12 | 18% | 17% | 84% | 5.7x | 4.7x | 4.7x | 3.9x |
| WIX | $83.16 | 15% | 17% | 63% | 5.0x | 4.1x | 3.2x | 2.6x |
| **Average** | | **23%** | **24%** | **68%** | **9.6x** | **11.1x** | **6.5x** | **5.4x** |
| **RSKD** | **$6.04** | **11%** | **4%** | **50%** | **5.4x** | **4.3x** | **2.7x** | **2.2x** |

*Sources: FactSet, intraday prices 2/23/2022*

---

Riskified Ltd.

**Brent Bracelin**
Managing Director | Senior Research Analyst
Cloud Applications & Analytics
Phone: 503-275-8316
Email: Brent.Bracelin@psc.com

Case 1:22-cv-03545-DLC Document 80-13 Filed 01/20/23 Page 4 of 8

| RSKD: Riskified Income Statement | FY 2019 | 1Q20 MAR | 2Q20 JUN | 3Q20 SEP | 4Q20 DEC | FY 2020 | 1Q21 MAR | 2Q21 JUN | 3Q21 SEP | 4Q21 DEC | FY 2021 | 1Q22E MAR | 2Q22E JUN | 3Q22E SEP | 4Q22E DEC | FY 2022E | 1Q23E MAR | 2Q23E JUN | 3Q23E SEP | 4Q23E DEC | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | $130,555 | $33,189 | $37,807 | $41,695 | $57,049 | $169,740 | $51,083 | $55,692 | $52,533 | $69,833 | $229,141 | $57,360 | $57,600 | $57,240 | $82,560 | $254,760 | $69,120 | $69,840 | $69,600 | $103,200 | $311,760 |
| % Q/Q Chg | | (14.8%) | 13.9% | 10.3% | 36.8% | | (10.5%) | 9.0% | (5.7%) | 32.9% | | (17.9%) | 0.4% | (0.6%) | 44.2% | | (16.3%) | 1.0% | (0.3%) | 48.3% | |
| % Y/Y Chg | 75.7% | 8.7% | 22.5% | 38.1% | 46.4% | 30.0% | 53.9% | 47.3% | 26.0% | 22.4% | 35.0% | 12.3% | 3.4% | 9.0% | 18.2% | 11.2% | 20.5% | 21.3% | 21.6% | 25.0% | 22.4% |
| $ chg q/q | -- | ($5,769) | $4,618 | $3,888 | $15,354 | -- | ($5,966) | $4,609 | ($3,159) | $17,300 | -- | ($12,473) | $240 | ($360) | $25,320 | -- | ($13,440) | $720 | ($240) | $33,600 | |
| | | | | | | | | | | | | | | | | | | | | | |
| Cost of Goods Sold | $64,855 | $15,722 | $17,647 | $19,660 | $23,849 | $76,878 | $22,429 | $22,353 | $28,177 | $32,995 | $105,954 | $27,533 | $29,376 | $29,765 | $39,629 | $126,302 | $32,625 | $35,060 | $35,635 | $48,710 | $152,030 |
| Gross Profit (Non-GAAP) | 65,700 | 17,467 | 20,160 | 22,035 | 33,200 | 92,862 | 28,654 | 33,339 | 24,356 | 36,838 | 123,187 | 29,827 | 28,224 | 27,475 | 42,931 | 128,458 | 36,495 | 34,780 | 33,965 | 54,490 | 159,730 |
| % Gross Margin | 50.3% | 52.6% | 53.3% | 52.8% | 58.2% | 54.7% | 56.1% | 59.9% | 46.4% | 52.8% | 53.8% | 52.0% | 49.0% | 48.0% | 52.0% | 50.4% | 52.8% | 49.8% | 48.8% | 52.8% | 51.2% |
| | | | | | | | | | | | | | | | | | | | | | |
| Est. Research & Development | $24,576 | $6,680 | $7,394 | $9,281 | $9,666 | $33,021 | $10,869 | $11,492 | $12,675 | $15,171 | $50,207 | $14,914 | $14,976 | $14,882 | $18,989 | $63,761 | $15,063 | $15,126 | $15,031 | $19,179 | $64,398 |
| % of Revenue | 18.8% | 20.1% | 19.6% | 22.3% | 16.9% | 19.5% | 21.3% | 20.6% | 24.1% | 21.7% | 21.9% | 26.0% | 26.0% | 26.0% | 23.0% | 25.0% | 21.8% | 21.7% | 21.6% | 18.6% | 20.7% |
| | | | | | | | | | | | | | | | | | | | | | |
| Est. Sales & Marketing | $31,053 | $10,055 | $9,070 | $9,451 | $9,746 | $38,323 | $11,747 | $14,054 | $15,442 | $15,372 | $56,616 | $18,355 | $18,432 | $18,489 | $22,291 | $77,567 | $19,089 | $19,169 | $19,228 | $23,183 | $80,670 |
| % of Revenue | 23.8% | 30.3% | 24.0% | 22.7% | 17.1% | 22.6% | 23.0% | 25.2% | 29.4% | 22.0% | 24.7% | 32.0% | 32.0% | 32.3% | 27.0% | 30.4% | 27.6% | 27.4% | 27.6% | 22.5% | 25.9% |
| | | | | | | | | | | | | | | | | | | | | | |
| Est. General & Administrative | $12,709 | $4,110 | $5,140 | $5,400 | $5,731 | $20,381 | $6,838 | $6,866 | $10,653 | $13,894 | $38,251 | $13,193 | $13,248 | $13,165 | $17,338 | $56,944 | $13,325 | $13,380 | $13,297 | $17,511 | $57,513 |
| % of Revenue | 9.7% | 12.4% | 13.6% | 13.0% | 10.0% | 12.0% | 13.4% | 12.3% | 20.3% | 19.9% | 16.7% | 23.0% | 23.0% | 23.0% | 21.0% | 22.4% | 19.3% | 19.2% | 19.1% | 17.0% | 18.4% |
| | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses (Non-GAAP) | $68,338 | $20,845 | $21,604 | $24,132 | $25,143 | $91,724 | $29,454 | $32,412 | $38,770 | $44,438 | $145,074 | $46,462 | $46,656 | $46,536 | $58,618 | $198,271 | $47,477 | $47,676 | $47,556 | $59,873 | $202,582 |
| % Y/Y | | 43.7% | 34.3% | 34.1% | 27.3% | 34.2% | 41.3% | 50.0% | 60.7% | 76.7% | 58.2% | 57.7% | 43.9% | 20.0% | 31.9% | 36.7% | 2.2% | 2.2% | 2.2% | 2.1% | 2.2% |
| Operating Income (Non-GAAP) | ($2,638) | ($3,378) | ($1,444) | ($2,097) | $8,057 | $1,138 | ($800) | $927 | ($14,414) | ($7,600) | ($21,887) | ($16,634) | ($18,432) | ($19,061) | ($15,686) | ($69,814) | ($10,982) | ($12,895) | ($13,591) | ($5,383) | ($42,851) |
| % Operating Margin | (2.0%) | (10.2%) | (3.8%) | (5.0%) | 14.1% | 0.7% | (1.6%) | 1.7% | (27.4%) | (10.9%) | (9.6%) | (29.0%) | (32.0%) | (33.3%) | (19.0%) | (27.4%) | (15.9%) | (18.5%) | (19.5%) | (5.2%) | (13.7%) |
| | | | | | | | | | | | | | | | | | | | | | |
| D&A | $715 | $278 | $310 | $327 | $445 | $1,360 | $504 | $628 | $655 | $649 | $2,436 | $650 | $650 | $650 | $650 | $2,600 | $650 | $650 | $650 | $650 | $2,600 |
| Adjusted EBITDA | ($1,923) | ($3,100) | ($1,134) | ($1,770) | $8,502 | $2,498 | ($296) | $1,555 | ($13,759) | ($6,951) | ($19,451) | ($15,984) | ($17,782) | ($18,411) | ($15,036) | ($67,214) | ($10,332) | ($12,245) | ($12,941) | ($4,733) | ($40,251) |
| % EBITDA margin | (1.5%) | (9.3%) | (3.0%) | (4.2%) | 14.9% | 1.5% | (0.6%) | 2.8% | (26.2%) | (10.0%) | (8.5%) | (27.9%) | (30.9%) | (32.2%) | (18.2%) | (26.4%) | (14.9%) | (17.5%) | (18.6%) | (4.6%) | (12.9%) |
| | | | | | | | | | | $0.10 | | | | | | | | | | | |
| Other expenses (income) | ($122) | ($6,095) | ($374) | ($488) | $2,366 | ($4,591) | $229 | $258 | $200 | ($368) | $319 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Financial expenses (income) | ($53) | ($14) | ($58) | ($42) | ($30) | ($145) | ($34) | ($35) | ($145) | ($377) | ($591) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total other expenses (income) | ($175) | ($6,110) | ($432) | ($530) | $2,336 | ($4,736) | $195 | $223 | $55 | ($745) | ($272) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | | | | | | | | | | | | | | | |
| Pre-tax income (losses) | ($2,463) | $2,731 | ($1,012) | ($1,567) | $5,721 | $5,874 | ($995) | $704 | ($14,469) | ($6,855) | ($21,615) | ($16,634) | ($18,432) | ($19,061) | ($15,686) | ($69,814) | ($10,982) | ($12,895) | ($13,591) | ($5,383) | ($42,851) |
| | | | | | | | | | | | | | | | | | | | | | |
| Provision for (benefit from) income taxes | $475 | $1 | $29 | $311 | $734 | $1,075 | $615 | $309 | ($523) | $993 | $1,394 | $650 | $650 | $650 | $650 | $2,600 | $650 | $650 | $650 | $650 | $2,600 |
| Tax Rate | (19.3%) | 0.0% | (2.9%) | (19.9%) | 12.8% | 18.3% | (61.8%) | 43.9% | 3.6% | (14.5%) | (6.4%) | (3.9%) | (3.5%) | (3.4%) | (4.1%) | (3.7%) | (5.9%) | (5.0%) | (4.8%) | (12.1%) | (6.1%) |
| | | | | | | | | | | | | | | | | | | | | | |
| Net Income (Non-GAAP) | ($2,938) | $2,731 | ($1,041) | ($1,878) | $4,987 | $4,799 | ($1,610) | $395 | ($13,946) | ($7,848) | ($23,009) | ($17,284) | ($19,082) | ($19,711) | ($16,336) | ($72,414) | ($11,632) | ($13,545) | ($14,241) | ($6,033) | ($45,451) |
| % Net Margin | (2.3%) | 8.2% | (2.8%) | (4.5%) | 8.7% | 2.8% | (3.2%) | 0.7% | (26.5%) | (11.2%) | (10.0%) | (30.1%) | (33.1%) | (34.4%) | (19.8%) | (28.4%) | (16.8%) | (19.4%) | (20.5%) | (5.8%) | (14.6%) |
| Non-GAAP EPS (net loss) | ($0.22) | $0.15 | ($0.07) | ($0.13) | $0.27 | $0.34 | ($0.11) | $0.03 | ($0.09) | ($0.05) | ($0.14) | ($0.10) | ($0.12) | ($0.12) | ($0.10) | ($0.44) | ($0.07) | ($0.08) | ($0.08) | ($0.04) | ($0.27) |
| | | | | | | | | | | | | | | | | | | | | | |
| Basic shares | 13,598 | 13,716 | 14,015 | 14,088 | 18,258 | 14,023 | 14,465 | 14,529 | 161,952 | 163,659 | 162,038 | 164,659 | 165,659 | 166,659 | 167,659 | 166,159 | 168,659 | 169,659 | 170,659 | 171,659 | 170,159 |
| Fully diluted shares | 13,598 | 17,757 | 14,015 | 14,088 | 18,258 | 14,023 | 14,465 | 14,529 | 185,500 | 185,500 | 162,038 | 185,500 | 185,500 | 185,500 | 185,500 | 185,500 | 185,500 | 185,500 | 185,500 | 185,500 | 185,500 |

*Source: Company Reports, Piper Sandler Estimates*
*(figures in $ thousands)*
Current disclosure information for this company can be found at:
www.pipersandler.com/researchdisclosures
*Last Updated: 2/23/2022*

Case 1:22-cv-03545-DLC Document 80-13 Filed 01/20/23 Page 5 of 8

| RSKD: Riskified Balance Sheet | FY 2019 | FY 2020 | 1Q21 MAR | 2Q21 JUN | 3Q21 SEP | 4Q21 DEC | FY 2021 | 1Q22E MAR | 2Q22E JUN | 3Q22E SEP | 4Q22E DEC | FY 2022E | 1Q23E MAR | 2Q23E JUN | 3Q23E SEP | 4Q23E DEC | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | $69,697 | $103,609 | $111,844 | $120,214 | $444,489 | $418,143 | $418,143 | $403,678 | $380,983 | $361,225 | $349,561 | $349,561 | $345,682 | $327,836 | $313,604 | $313,654 | $313,654 |
| Restricted cash | $3,016 | $3,048 | $4,422 | $4,464 | $4,586 | $6,984 | $6,984 | $6,984 | $6,984 | $6,984 | $6,984 | $6,984 | $6,984 | $6,984 | $6,984 | $6,984 | $6,984 |
| Short-term deposits | $0 | $14,009 | $7,009 | $25,003 | $85,024 | $85,132 | $85,132 | $85,132 | $85,132 | $85,132 | $85,132 | $85,132 | $85,132 | $85,132 | $85,132 | $85,132 | $85,132 |
| Accounts receivable, net | $24,746 | $37,194 | $22,485 | $26,085 | $23,459 | $35,477 | $35,477 | $19,305 | $23,614 | $22,880 | $28,845 | $28,845 | $9,462 | $14,199 | $13,403 | $19,368 | $19,368 |
| Prepaid expenses and other current assets | $3,424 | $5,639 | $8,370 | $9,103 | $15,102 | $19,338 | $19,338 | $18,442 | $17,429 | $16,482 | $15,726 | $15,726 | $14,577 | $13,369 | $12,195 | $11,115 | $11,115 |
| **Total Current Assets** | **$100,883** | **$163,499** | **$154,130** | **$184,869** | **$572,660** | **$565,074** | **$565,074** | **$533,541** | **$514,142** | **$492,703** | **$486,248** | **$486,248** | **$461,837** | **$447,520** | **$431,317** | **$436,253** | **$436,253** |
| | | | | | | | | | | | | | | | | | |
| Property and equipment, net | $4,078 | $4,640 | $4,851 | $5,788 | $10,930 | $16,968 | $16,968 | $17,318 | $17,668 | $18,018 | $18,368 | $18,368 | $20,483 | $22,626 | $24,760 | $28,238 | $28,238 |
| Deferred contract acquisition costs | $2,696 | $6,983 | $7,395 | $7,911 | $8,585 | $11,630 | $11,630 | $12,923 | $14,436 | $16,264 | $21,310 | $21,310 | $21,956 | $22,713 | $23,627 | $26,150 | $26,150 |
| Other assets | $2,409 | $5,439 | $10,389 | $12,361 | $6,355 | $6,962 | $6,962 | $8,899 | $10,485 | $12,270 | $14,627 | $14,627 | $15,995 | $17,188 | $18,480 | $20,059 | $20,059 |
| **Total Assets** | **$110,066** | **$180,561** | **$176,765** | **$210,929** | **$598,530** | **$600,634** | **$600,634** | **$572,681** | **$556,732** | **$539,255** | **$540,553** | **$540,553** | **$520,271** | **$510,048** | **$498,185** | **$510,701** | **$510,701** |
| | | | | | | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | | | | | | |
| Accounts payable, accrued expenses, and other | $4,888 | $1,507 | $1,610 | $1,971 | $5,468 | $228 | $228 | $289 | $909 | $1,625 | $3,125 | $3,125 | $3,189 | $3,839 | $4,591 | $6,166 | $6,166 |
| Accrued compensation and benefits | $8,841 | $15,548 | $12,751 | $16,088 | $17,990 | $24,748 | $24,748 | $21,254 | $25,322 | $27,801 | $35,805 | $35,805 | $33,010 | $37,281 | $39,884 | $48,289 | $48,289 |
| Guarantee obligations | $9,137 | $12,445 | $9,632 | $9,911 | $8,454 | $12,112 | $12,112 | $8,596 | $8,945 | $7,123 | $11,696 | $11,696 | $8,883 | $9,249 | $7,337 | $12,138 | $12,138 |
| Provision for chargebacks | $6,456 | $10,582 | $8,126 | $6,987 | $8,195 | $12,020 | $12,020 | $8,950 | $7,697 | $9,207 | $13,415 | $13,415 | $10,959 | $9,643 | $11,229 | $15,646 | $15,646 |
| Other accrued expenses & liabilities | $7,975 | $11,839 | $29,531 | $13,615 | $14,995 | $13,306 | $13,306 | $13,306 | $13,306 | $13,306 | $13,306 | $13,306 | $13,306 | $13,306 | $13,306 | $13,306 | $13,306 |
| **Total Current Liabilities** | **$37,297** | **$51,921** | **$61,650** | **$48,572** | **$55,102** | **$62,414** | **$62,414** | **$52,395** | **$56,178** | **$59,062** | **$77,346** | **$77,346** | **$69,347** | **$73,319** | **$76,347** | **$95,545** | **$95,545** |
| | | | | | | | | | | | | | | | | | |
| Other liabilities, noncurrent | $8,016 | $12,385 | $39,715 | $53,961 | $7,584 | $9,359 | $9,359 | $9,359 | $9,359 | $9,359 | $9,359 | $9,359 | $9,359 | $9,359 | $9,359 | $9,359 | $9,359 |
| **Total Liabilities** | **$45,313** | **$64,306** | **$101,365** | **$102,533** | **$62,686** | **$71,773** | **$71,773** | **$61,754** | **$65,537** | **$68,421** | **$86,705** | **$86,705** | **$78,706** | **$82,678** | **$85,706** | **$104,904** | **$104,904** |
| | | | | | | | | | | | | | | | | | |
| Convertible Preferred Shares | $105,354 | $159,564 | $159,564 | $210,083 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Share capital | $4 | $4 | $4 | $4 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Additional paid-in capital | $15,727 | $24,366 | $27,163 | $30,129 | $754,517 | $775,249 | $775,249 | $784,427 | $793,643 | $802,801 | $812,543 | $812,543 | $822,911 | $833,038 | $843,478 | $855,346 | $855,346 |
| Accumulated deficit and other | ($56,332) | ($67,679) | ($111,331) | ($131,820) | ($218,673) | ($246,388) | ($246,388) | ($273,500) | ($302,448) | ($331,967) | ($358,696) | ($358,696) | ($381,345) | ($405,667) | ($430,999) | ($449,550) | ($449,550) |
| **Total Shareholders' Equity** | **($40,601)** | **($43,309)** | **($84,164)** | **($101,687)** | **$535,844** | **$528,861** | **($84,164)** | **$510,927** | **$491,195** | **$470,834** | **$453,847** | **($84,164)** | **$441,566** | **$427,371** | **$412,479** | **$405,796** | **($84,164)** |
| **Total Liabilities & Shareholders' Equity** | **$110,066** | **$180,561** | **$176,765** | **$210,929** | **$598,530** | **$600,634** | **$600,634** | **$572,681** | **$556,732** | **$539,255** | **$540,553** | **$540,553** | **$520,271** | **$510,048** | **$498,185** | **$510,701** | **$510,701** |

*Source: Company Reports, Piper Sandler Estimates*
*(figures in $ thousands)*

| RSKD: Riskified — Statement of Cash Flows | FY 2019 | 1Q20 MAR | 2Q20 JUN | 3Q20 SEP | 4Q20 DEC | FY 2020 | 1Q21 MAR | 2Q21 JUN | 3Q21 SEP | 4Q21 DEC | FY 2021 | 1Q22E MAR | 2Q22E JUN | 3Q22E SEP | 4Q22E DEC | FY 2022E | 1Q23E MAR | 2Q23E JUN | 3Q23E SEP | 4Q23E DEC | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income | ($14,175) | $2,254 | ($7,269) | ($10,680) | $4,348 | ($11,347) | ($43,652) | ($20,489) | ($86,853) | ($27,891) | ($178,885) | ($27,112) | ($28,948) | ($29,519) | ($26,728) | ($112,308) | ($22,650) | ($24,322) | ($25,331) | ($18,551) | ($90,854) |
| Unrealized FX impact | $119 | ($53) | $0 | $89 | $150 | $186 | ($101) | $118 | ($42) | $407 | $382 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Provision for accounts receivable allowances | $409 | ($116) | ($152) | $226 | $54 | $12 | $129 | ($51) | $195 | ($5) | $268 | $155 | ($61) | $234 | ($6) | $322 | $163 | ($64) | $246 | ($6) | $338 |
| Depreciation and amortization | $715 | $278 | $310 | $327 | $445 | $1,360 | $504 | $628 | $655 | $649 | $2,436 | $650 | $650 | $650 | $650 | $2,600 | $650 | $650 | $650 | $650 | $2,600 |
| Amortization of deferred contract costs | $906 | $335 | $452 | $573 | $815 | $2,175 | $828 | $910 | $1,107 | $1,277 | $4,122 | $1,275 | $1,275 | $1,275 | $1,275 | $5,100 | $1,339 | $1,339 | $1,339 | $1,339 | $5,355 |
| Gains on insurance proceeds | ($379) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Revaluation of convertible preferred warrants | $654 | $0 | ($139) | $2,579 | $1,866 | $3,850 | $23,384 | $13,628 | $64,401 | $0 | $101,413 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Revaluation of convertible preferred tranche | ($248) | ($456) | $841 | $5,621 | $993 | $1,959 | $15,861 | $5,399 | $0 | $0 | $21,260 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Share-based compensation | $11,237 | ($5,496) | $6,228 | $601 | $639 | $7,945 | $2,549 | $2,577 | $8,506 | $19,726 | $33,358 | $9,178 | $9,216 | $9,158 | $9,742 | $37,294 | $10,368 | $10,127 | $10,440 | $11,868 | $42,803 |
| Other | $86 | $0 | $0 | $0 | ($9) | ($9) | ($16) | $48 | $392 | $232 | $656 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Changes in assets and liabilities:** | | | | | | | | | | | | | | | | | | | | | |
| Accounts receivable, net | ($3,284) | $10,832 | ($9,131) | ($97) | ($14,172) | ($12,568) | $14,561 | ($3,540) | $2,336 | ($11,917) | $1,440 | $16,017 | ($4,248) | $500 | ($5,959) | $6,311 | $19,221 | ($4,673) | $550 | ($5,958.50) | $9,139 |
| Deferred contract acquisition costs | ($2,361) | ($550) | ($2,032) | ($1,492) | ($2,388) | ($6,462) | ($1,034) | ($1,211) | ($1,462) | ($4,037) | ($7,744) | ($1,293) | ($1,514) | ($1,828) | ($5,046) | ($9,680) | ($646) | ($757) | ($914) | ($2,523) | ($4,840) |
| Prepaid expenses and other current assets | ($3,132) | $186 | ($559) | ($1,028) | ($1,834) | ($3,235) | ($5,055) | ($1,497) | ($4,376) | ($4,151) | ($15,079) | ($1,517) | ($1,048) | ($1,313) | ($2,076) | ($5,953) | ($758) | ($524) | ($656) | ($1,038) | ($2,976) |
| Accounts payable | $2,680 | ($1,882) | ($1,990) | $1,309 | ($1,144) | ($3,707) | $49 | $563 | $573 | ($2,017) | ($832) | $61 | $619 | $716 | $1,500 | $2,897 | $64 | $650 | $752 | $1,575 | $3,042 |
| Accrued compensation | $2,176 | ($1,909) | $3,389 | $1,689 | $3,331 | $6,500 | ($2,795) | $3,129 | $1,907 | $6,157 | $8,398 | ($3,494) | $4,068 | $2,479 | $8,004 | $11,057 | ($2,795) | $4,271 | $2,603 | $8,404 | $12,483 |
| Guarantee obligations | $44 | ($3,871) | $1,990 | $649 | $4,540 | $3,308 | ($2,813) | $279 | ($1,457) | $3,658 | ($333) | ($3,516) | $349 | ($1,821) | $4,573 | ($416) | ($2,813) | $366 | ($1,912) | $4,801 | $442 |
| Provision for chargebacks | $4,399 | ($1,892) | $2,313 | $1,419 | $2,286 | $4,126 | ($2,456) | ($1,139) | $1,208 | $3,825 | $1,438 | ($3,070) | ($1,253) | $1,510 | $4,208 | $1,395 | ($2,456) | ($1,316) | $1,586 | $4,418 | $2,232 |
| Other | $3,997 | $2,214 | ($1,793) | $973 | $1,393 | $2,787 | $3,926 | $2,068 | $1,364 | $66 | $7,424 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net cash provided by operating activities** | **$3,843** | **$351** | **($7,542)** | **$2,758** | **$1,313** | **($3,120)** | **$3,869** | **$1,420** | **($11,546)** | **($14,021)** | **($20,278)** | **($12,665)** | **($20,895)** | **($17,958)** | **($9,864)** | **($61,382)** | **($314)** | **($14,252)** | **($10,649)** | **$4,978** | **($20,236)** |
| *% OCF Margin* | *3%* | *1%* | *-20%* | *7%* | *2%* | *-2%* | *8%* | *3%* | *-22%* | *-20%* | *-9%* | *-22%* | *-36%* | *-31%* | *-12%* | *-24%* | *0%* | *-20%* | *-15%* | *5%* | *-6%* |
| Purchase of ST deposits | $0 | $0 | $0 | $0 | ($14,000) | ($14,000) | $0 | ($25,000) | ($85,000) | $0 | ($110,000) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Maturities of ST deposits | $0 | $0 | $0 | $0 | $0 | $0 | $7,016 | $6,990 | $24,979 | $78 | $39,063 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Purchase of property and equipment | ($2,113) | ($674) | ($622) | ($143) | ($68) | ($1,507) | ($388) | ($706) | ($3,123) | ($8,037) | ($12,254) | ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($4,000) | ($2,765) | ($2,794) | ($2,784) | ($4,128) | ($4,128) |
| Capitalized software development costs | ($419) | ($365) | ($254) | ($358) | ($477) | ($1,454) | ($292) | ($198) | ($238) | ($522) | ($1,250) | ($800) | ($800) | ($800) | ($800) | ($3,200) | ($800) | ($800) | ($800) | ($800) | ($3,200) |
| Other | $379 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net cash used in investing activities** | **($2,153)** | **($1,039)** | **($876)** | **($501)** | **($14,545)** | **($16,961)** | **$6,336** | **($18,914)** | **($63,382)** | **($8,481)** | **($84,441)** | **($1,800)** | **($1,800)** | **($1,800)** | **($1,800)** | **($7,200)** | **($3,565)** | **($3,594)** | **($3,584)** | **($4,928)** | **($15,670)** |
| Proceeds from IPO | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $392,273 | $0 | $392,273 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Proceeds from issuance of convertible stock | $45,569 | $59 | $26,717 | $0 | $26,783 | $53,559 | $0 | $26,781 | $0 | $0 | $26,781 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Proceeds from stock options | $237 | $0 | $286 | $120 | $236 | $642 | $224 | $335 | $1,908 | $481 | $2,948 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Deferred offering costs | $0 | $0 | $0 | $0 | ($176) | ($176) | ($820) | ($1,210) | ($1,345) | ($1,927) | ($5,302) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,489 | $0 | $6,489 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net cash used in financing activities** | **$45,806** | **$59** | **$27,003** | **$120** | **$26,843** | **$54,025** | **($596)** | **$25,906** | **$399,325** | **($1,446)** | **$423,189** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0** |
| Net increase (decrease) in cash | $47,496 | ($629) | $18,585 | $2,377 | $13,611 | $33,944 | $9,609 | $8,412 | $324,397 | ($23,948) | $318,470 | ($14,465) | ($22,695) | ($19,758) | ($11,664) | ($68,582) | ($3,879) | ($17,846) | ($14,233) | $50 | ($35,907) |
| Cash and equivalents at beginning of period | $25,217 | $72,713 | $72,084 | $90,669 | $93,046 | $72,713 | $106,657 | $116,266 | $124,678 | $449,075 | $106,657 | $425,127 | $410,662 | $387,967 | $368,209 | $425,127 | $356,545 | $352,666 | $334,820 | $320,588 | $356,545 |
| Cash and equivalents at end of period | $72,713 | $72,084 | $90,669 | $93,046 | $106,657 | $106,657 | $116,266 | $124,678 | $449,075 | $425,127 | $425,127 | $410,662 | $387,967 | $368,209 | $356,545 | $356,545 | $352,666 | $334,820 | $320,588 | $320,638 | $320,638 |
| **Free Cash Flow** | **$1,311** | **($688)** | **($8,418)** | **$2,257** | **$768** | **($6,081)** | **$3,189** | **$516** | **($14,907)** | **($22,580)** | **($33,782)** | **($14,465)** | **($22,695)** | **($19,758)** | **($11,664)** | **($68,582)** | **($3,879)** | **($17,846)** | **($14,233)** | **$50** | **($27,564)** |
| *% Free Cash Flow Margin* | *1.0%* | *-2.1%* | *-22.3%* | *5.4%* | *1.3%* | *-3.6%* | *6.2%* | *0.9%* | *-28.4%* | *-32.3%* | *-14.7%* | *-25.2%* | *-39.4%* | *-34.5%* | *-14.1%* | *-26.9%* | *-5.6%* | *-25.6%* | *-20.4%* | *0.0%* | *-8.8%* |

*Source: Company Reports, Piper Sandler Estimates*
*(figures in $ thousands)*

## IMPORTANT RESEARCH DISCLOSURES



**Rating and Price Target History for: Riskified Ltd. (RSKD) as of 02-22-2022**

| 08/23/21 I:OW:$32 | 11/16/21 N:$17 | 01/12/22 N:$14 |

Created by: BlueMatrix

Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| | Distribution of Ratings/IB Services | | | |
| | Piper Sandler | | | |
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
|---|---|---|---|---|
| BUY [OW] | 699 | 68.20 | 303 | 43.35 |
| HOLD [N] | 321 | 31.32 | 65 | 20.25 |
| SELL [UW] | 5 | 0.49 | 0 | 0.00 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Sandler and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Sandler ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification
The analysts Brent A. Bracelin and Clarke Jeffries, primarily responsible for the preparation of this research report, attest to the following:

The views expressed in this report accurately reflect our personal views about the subject company and the subject security. In addition, no part of our compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Sandler research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 23 February 2022 14:42EST.

**PIPER | SANDLER**

---

### Research Disclosures

Piper Sandler was a registered market maker in the securities of Riskified Ltd. at the time this research report was published.

Piper Sandler has had a client relationship or has received compensation for investment banking services from Riskified Ltd. within the past 12 months.

Piper Sandler was a managing underwriter of a public offering of, or a dealer manager of a tender offer for, the securities of Riskified Ltd. within the past 12 months.

---

Affiliate disclosures: Piper Sandler is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Sandler Companies and its subsidiaries Piper Sandler & Co. and Piper Sandler Ltd. are marketed. This report has been prepared by Piper Sandler & Co. and/or its affiliate Piper Sandler Ltd. Piper Sandler & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Sandler Ltd. is authorised and regulated by the Financial Conduct Authority, and is located at 88 Wood Street, 13th Floor, London EC2V 7RS. Disclosures in this section and in the Other Important Information section referencing Piper Sandler include all affiliated entities unless otherwise specified.

---

### Rating Definitions

Stock Ratings: Piper Sandler fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.pipersandler.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Sandler sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Sandler offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

---

### Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Sandler has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the most recently available closing market price. Piper Sandler does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Sandler policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Sandler is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Sandler and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Sandler representative, or as otherwise noted below. Canada: Piper Sandler & Co. is not registered as a dealer in Canada and relies on the "international dealer exemption" set forth in National Instrument 31-103 – Registration Requirements, Exemptions and Ongoing Registrant Obligations of the Canadian Securities Administrators. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Sandler Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Sandler & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Sandler customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Sandler & Co. Additional information is available upon request. Copyright 2022 Piper Sandler. All rights reserved.

---