PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS  NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

WRITER'S DIRECT DIAL NUMBER

(212) 373-3289

WRITER'S DIRECT FACSIMILE

(212) 492-0289

WRITER'S DIRECT E-MAIL ADDRESS

asoloway@paulweiss.com

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

February 27, 2023

**By ECF**

The Honorable Denise Cote
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

*Granted.*
/s/ Denise Cote
2/28/23

*In re Riskified Ltd. Securities Litigation*, No. 1:22-cv-03545-DLC

Dear Judge Cote:

    We represent defendants Riskified Ltd., Eido Gal, Assaf Feldman, Aglika Dotcheva, Erez Shachar, Eyal Kishon, Aaron Mankovski, Tanzeen Syed, and Jennifer Ceran (the "Riskified Defendants") in the above-referenced action. We write together with counsel for defendants Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Barclays Capital Inc., Credit Suisse Securities (USA) LLC, Keybanc Capital Markets Inc., Piper Sandler & Co., Truist Securities, Inc, William Blair & Company, L.L.C., Loop Capital Markets LLC, Samuel A. Ramirez & Company, Inc., Siebert Williams Shank & Co., LLC, and Stern Brothers & Co. (collectively, the "Underwriter Defendants," together with the Riskified Defendants, "Defendants").

    Pursuant to Your Honor's Individual Practice 1.E., Defendants request to extend the deadline to file their reply in support of their motion to dismiss the second amended complaint by one week, to March 16, 2023. The additional time will allow Defendants' counsel to balance other obligations, and to confer with our clients and among the groups of Defendants regarding the reply. Plaintiffs consent to this extension.

    Pursuant to the Court's November 14, 2022 scheduling order (ECF No. 76), the current deadline for Defendants' reply is March 9, 2023. There have been no previous requests to extend this deadline.

    Defendants appreciate the Court's attention to this matter.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Honorable Judge Cote                                                                                                 2

                                        Respectfully submitted,

                                        */s/ Audra J. Soloway*

                                        Audra J. Soloway

cc:      Counsel of record (via ECF)