**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

22 **CIVIL** 3545 (DLC)

IN  RE  RISKFIELD  LTD.  SECURITIES           **JUDGMENT**

LITIGATION


------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in

the Court's Opinion and Order dated June 2, 2023, defendants' January 20, 2023 motion to

dismiss the complaint is granted; accordingly, the case is closed.

**Dated:**  New York, New York

        June 2, 2023


                                        **RUBY J. KRAJICK**

                              _____
                                        **Clerk of Court**

                    **BY:**

                              _____
                                        **Deputy Clerk**