```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE RISKIFIED LTD. SECURITIES          :   22cv3545 (DLC)
LITIGATION                               :
                                         :        ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

This action was filed on May 2, 2022 and was reassigned to this Court on August 17. Also on August 17, Craig Black was appointed Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PLSRA"), 15 U.S.C. § 77z-1(a)(3)(B). Lead Plaintiff filed the first amended complaint on September 15 and filed the second amended complaint on November 28. On January 20, 2023, the defendants moved to dismiss. In an Opinion of June 2, 2023, the Court granted the defendants' motion to dismiss and directed the Clerk of Court to enter judgment for the defendants.

Under the PSLRA, courts are required to make findings as to the compliance by all parties and attorneys with Rule 11(b), Fed. R. Civ. P., at the conclusion of all private actions arising under the Securities Act of 1933. 15 U.S.C. § 77z-1(c); ATSI Commc'ns, Inc. v. Shaar Fund, Ltd., 579 F.3d 143, 152 (2d Cir. 2009). An Order of June 23 required the plaintiffs to file a submission regarding compliance with Rule 11(b). On July 14, the plaintiffs submitted proposed findings of fact and

conclusions of law regarding compliance with Rule 11(b). The defendants did not file a response.

Having reviewed the plaintiffs' submissions, the Court finds that the defendants and their counsel at all times acted reasonably and in compliance with the requirements of Federal Rule of Civil Procedure 11(b). The Court is unable to find that either the plaintiffs or their counsel violated their obligations under Rule 11(b). See ATSI Commc'ns, Inc., 579 F.3d at 152.

Dated:    New York, New York
          July 31, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge